# EXHIBIT A



U 7626679

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**March 15, 2017**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,056,886*
ISSUE DATE: *June 06, 2006*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

US007056886B2

(12) **United States Patent**

Isaacs

(10) **Patent No.:** **US 7,056,886 B2**

(45) **Date of Patent:** **Jun. 6, 2006**

(54) **GLP-2 FORMULATIONS**

(75) Inventor: **Indu J. Isaacs**, Andover, MA (US)

(73) Assignee: **NPS Allelix, Corp.**, Mississauga (CA)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 628 days.

(21) Appl. No.: **09/750,022**

(22) Filed: **Dec. 29, 2000**

(65) **Prior Publication Data**

US 2001/0027180 A1 Oct. 4, 2001

(30) **Foreign Application Priority Data**

Dec. 30, 1999 (GB) ............................................. 9930882

(51) **Int. Cl.**
*A61K 38/00* (2006.01)
*A61K 38/26* (2006.01)
*C07K 14/00* (2006.01)

(52) **U.S. Cl.** ......................... **514/12**; 530/308; 530/399; 530/324; 435/4; 435/287.1

(58) **Field of Classification Search** ................... 514/12; 530/308, 399, 324; 435/4, 287.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,985,244 A * 1/1991 Makino et al. ............... 424/89

5,652,216 A * 7/1997 Kornfelt et al. .............. 514/12
5,912,229 A * 6/1999 Thim et al. ................... 514/12
5,952,301 A * 9/1999 Drucker ........................ 514/12
5,997,856 A * 12/1999 Hora et al. ................. 424/85.2
6,120,761 A * 9/2000 Yamazaki et al. ......... 424/85.1

FOREIGN PATENT DOCUMENTS

| WO | 97/39031 | 10/1997 |
| WO | 98/03547 | 1/1998 |
| WO | 99/43361 | 9/1999 |

OTHER PUBLICATIONS

Buhl et al., Naturally Occurring Products of Proglucagon 111–160 in the Porcine and Human Samll Intestine, J. Biol. Chem. 263, 8621–8624 (1988).*

Lund et al., Anglerfish Islet Pre–proglucagon II, Nucleotide and corresponding amino acid Sequenmce of the cDNA, J. Biol. Chem. 258, 3280–3284 (1983).*

* cited by examiner

*Primary Examiner*—Jon Weber
*Assistant Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Foley & Lardner LLP

(57) **ABSTRACT**

The invention is directed to formulations of GLP-2 peptides and analogs thereof exhibiting superior stability following storage and/or exposure to elevated temperatures. The GLP-2 compositions comprise a GLP-2 peptide or an analog thereof, a phosphate buffer, L-histidine, and mannitol.

**75 Claims, 6 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

**U.S. Patent**        Jun. 6, 2006        Sheet 1 of 6        **US 7,056,886 B2**

Figure 1. Amino acids screening in buffers using heat stress.



| | 1 | 3 | 7 | 9 | 11 | 13 |
|---|---|---|---|---|---|---|
| ■ Before heat | 99.2 | 99.14 | 99.24 | 99.23 | 99.14 | 99.16 |
| ■ After heat | 97.46 | 96.72 | 97.82 | 97.35 | 97.39 | 97.13 |

Formulation

Formulation

1.    10 mM Phosphate, 10 mM Glu
3.    10 mM Phosphate, 10 mM Citrate
7.    10 mM Phosphate, 10 mM Ser
9.    10 mM Phosphate, 10 mM Pro
11.   10 mM Phosphate, 10 mM His
13.   10 mM Phosphate, 10 mM Gly

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

**U.S. Patent**        Jun. 6, 2006        Sheet 2 of 6        **US 7,056,886 B2**

**Figure 2. Screening of buffers using heat stress.**



| | His | Phos | Hist + Phos | |
|---|---|---|---|---|
| ■ 0 hours | 99.36 | 99.4 | 99.21 | |
| ■ 4 hours | 99.18 | 93.35 | 97.43 | |

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

**Figure 3.  Screening of Bulking agents analyzed by RP-HPLC.**



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| RT | 98.86 | 98.83 | 98.91 | 99.03 | 98.92 | 98.84 | 98.66 |
| 60 Deg. | 94.26 | 94.11 | 94 | 93.65 | 89.5 | 91.88 | 91.64 |

Formulation

**Formulation**

1. 25 mM Histidine, 35 mM phosphate, 3% Mannitol

2. 50 mM Histidine, 35 mM phosphate, 3% Mannitol

3. 75 mM Histidine, 35 mM phosphate, 3% Mannitol

4. 25 mM Histidine, 25 mM phosphate, 3% sucrose

5. 25 mM Histidine, 25 mM phosphate, 3% trehalose

6. 25 mM Histidine, 25 mM phosphate, 3% maltose

7. 25 mM Histidine, 25 mM phosphate, 3% lactose

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

**U.S. Patent**        Jun. 6, 2006        Sheet 4 of 6        US 7,056,886 B2

Figure 4.  Bulking agents analyzed by SE-HPLC.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Main Peak | 100 | 100 | 100 | 100 | 100 | 93.91 | 92.06 |
| Heat Stressed Main Peak | 100 | 100 | 100 | 100 | 100 | 78.75 | 80.61 |
| HMW Peak | | | | | | 6.09 | 7.94 |
| Heat Stressed HMW Peak | | | | | | 21.25 | 19.37 |

Formulation

Formulation

1. 25 mM Histidine, 35 mM phosphate, 3% Mannitol

2. 50 mM Histidine, 35 mM phosphate, 3% Mannitol

3. 75 mM Histidine, 35 mM phosphate, 3% Mannitol

4. 25 mM Histidine, 25 mM phosphate, 3% sucrose

5. 25 mM Histidine, 25 mM phosphate, 3% trehalose

6. 25 mM Histidine, 25 mM phosphate, 3% maltose

7. 25 mM Histidine, 25 mM phosphate, 3% lactose

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

**Figure 5. Stability of liquid formulations stored at 4 °C.**



| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| T0 | 98.98 | 98.77 | 98.65 | 98.93 |
| T7 | 98.62 | 84.29 | 79.73 | 98.85 |
| T14 | 98.16 | 79.59 | 68.95 | 99.02 |
| T21 | 98.28 | 78.5 | 55.95 | 0 |
| T28 | 98.32 | 76.02 | 47.35 | 88.16 |
| T42 | 97.85 | 69.81 | 39.44 | 76.75 |
| T49 | 97.64 | 67.75 | 30.05 | 71.18 |

**Formulations**

**Formulations**

1.    35 mM Phosphate, 50 mM Histidine, 3% Mannitol, pH 7.4

2.    35 mM Phosphate, 50 mM Histidine, 5% Sucrose, pH 7.4

3.    35 mM Phosphate, 25 mM Lysine, 3% Mannitol, pH 7.4

4.    35 mM Phosphate, 25 mM Lysine, 5% Mannitol, pH 7.4

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

**U.S. Patent**          Jun. 6, 2006          Sheet 6 of 6          US 7,056,886 B2

**Figure 6.  Heat stressed samples.**



| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| ■RT | 98.9 | 99.06 | 98.84 | 98.87 |
| ■60 Deg. | 96.52 | 43.78 | 0.53 | 30.98 |

Formulation

**Formulations**

1.  35 mM Phosphate, 50 mM Histidine, 3% Mannitol, pH 7.4
2.  35 mM Phosphate, 50 mM Histidine, 5% Sucrose, pH 7.4
3.  35 mM Phosphate, 25 mM Lysine, 3% Mannitol, pH 7.4
4.  35 mM Phosphate, 25 mM Lysine, 5% Mannitol, pH 7.4

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

1

## GLP-2 FORMULATIONS

### FIELD OF INVENTION

The present invention provides formulations for GLP-2 peptides and analogs thereof. In particular, the invention provides formulations of GLP-2 peptides and GLP-2 analogs with improved stability.

### BACKGROUND OF THE INVENTION

Administration of therapeutic peptides requires peptide formulations that remain stable during storage. In general, parenteral administration is used with peptides because of their increased size and subsequent difficulty in crossing biological membranes. Peptides can be particularly difficult to formulate because of their tendency to degrade over time and/or undergo aggregation and precipitation. Degradation, aggregation, and precipitation are all indicative of an unstable formulation. Such an unstable formulation is not commercially viable, as it cannot pass U.S. Food and Drug Administration approval.

Formulation variables which affect the degradation of peptides during storage include, but are not limited to, pH, the quantity of salts present, and the type and quantity of excipients. In addition, temperatures, pressures, and time for freezing and drying cycles can affect the stability of a lyophilized peptide formulation. The role of most of these variables has been studied; however, the synergistic effect of the variables is still poorly understood.

Glucagon-like peptide-2 (GLP-2) is a 33 amino acid peptide having therapeutic applications in the treatment of diseases of the gastrointestinal tract. In particular, it has been determined that GLP-2 and analogs thereof act as trophic agents to enhance and maintain the functioning of the gastrointestinal tract and to promote growth of intestinal tissue. See e.g., U.S. Pat. Nos. 5,834,428; 5,789,379; and 5,990,077; and International Publication No. WO 98/52600.

Commercial exploitation of GLP-2 or an analog thereof requires a stable GLP-2 formulation that can be readily prepared using a commercially acceptable process. Because GLP-2 is a protein, and thus far more labile than traditional small molecular weight drugs, the formulation of GLP-2 or an analog thereof presents challenges not commonly encountered by the pharmaceutical industry. For example, methionine oxidation at position 10 and aspargine deamination at position 11, 16, and/or 24 of GLP-2 are potential routes of degradation. Furthermore, GLP-2 or an analog thereof may also be adsorbed to surfaces to form aggregates and/or precipitate, which would then render the formulation unstable.

There is a need in the art for stable formulations of GLP-2 peptides and analogs thereof which can be prepared using a commercially acceptable process. The present invention satisfies these needs.

### SUMMARY OF THE INVENTION

The present invention provides stable formulations of GLP-2 and analogs thereof, which can be prepared using a commercially acceptable process.

It has been discovered that relatively high concentrations of GLP-2 can be used in pharmaceutically acceptable formulations. Moreover, it has been discovered that a pH of greater than about 5.5, more preferably greater than about 6, even more preferably from about 6.9 to about 7.9, and most preferably about 7.3 to about 7.4, is suitable for a stable formulation.

2

It has also been discovered that the GLP-2 analog h[Gly2] GLP-2 undergoes a phase transition between 40–55° C., depending upon the salt concentration, and becomes hydrophobic in the presence of salt. It has also been discovered that Tween 80®, salt, and arginine are not suitable materials for producing a stable formulation for h[Gly2]GLP-2.

According to one aspect of the present invention, there is provided a GLP-2 formulation comprising: (1) a medically useful amount of GLP-2; (2) a phosphate buffer sufficient to adjust the pH of the formulation to a pharmaceutically acceptable level, and in particular above about 6.0; (3) a stabilizing amount of the amino acid L-histidine; and (4) a bulking agent selected from sucrose and mannitol.

More particularly, there is provided a GLP-2 formulation comprising: (1) a medically useful amount of GLP-2 comprising from about 0.1 to about 50 mg/ml of GLP-2, preferably about 5 to about 40 mg/ml, more preferably about 7 to about 30 mg/ml, even more preferably about 10 to about 20 mg/ml, and most preferably about 20 mg/ml; (2) a phosphate buffer to maintain the pH at a physiologically tolerable level, i.e., above 6; (3) a stabilizing amino acid, particularly L-Histidine; and (4) a bulking agent, particularly mannitol. All percentages described herein (except for percentages for water) are weight/volume of formulated product prior to lyophilization in gms/ml (×100). Percentages for water content are weight/weight of lyophilized product (×100).

In one embodiment of the present invention, the GLP-2 formulation is a h[Gly2]GLP-2 lyophilized formulation comprising in the reconstituted product: (1) phosphate buffer in an amount necessary to maintain the pH of the reconstituted product between about 6.9–7.9, and preferably in an amount to maintain a pH of about 7.3 to about 7.4; (2) about 0.5 to about 1% L-histidine; (3) about 2 to about 5% mannitol, preferably about 2.5 to about 3.5% mannitol, and most preferably about 3% mannitol; and (4) from about 0.1 to about 50 mg/ml of GLP-2 or an analog thereof, preferably about 5 to about 40 mg/ml, more preferably about 7 to about 30 mg/ml, even more preferably about 10 to about 20 mg/ml, and most preferably about 20 mg/ml.

In a more preferred embodiment of the invention, a h[Gly2]GLP-2 lyophilized formulation is provided comprising in the reconstituted product: (1) about 7 to about 30 mg/ml, preferably about 10 to about 20 mg/ml, and most preferably about 20 mg/ml of h[Gly2]GLP-2; (2) a phosphate buffer sufficient to maintain the pH at about 7.3 to about 7.4; (3) about 0.5 to about 1% L-histidine; and (4) about 3% mannitol.

In another aspect of the present invention there is provided a process for making the lyophilized formulation of GLP-2. Such a process comprises the following steps:

(a) preparing the GLP-2 formulation comprising GLP-2 or an analog thereof, a phosphate buffer, L-histidine, and mannitol;

(b) freezing the formulation to about –40° C.;

(c) performing a first drying step at about –20° C.; and

(d) performing a second drying step at +20° C.

In a preferred embodiment the liquid formulation subjected to the lyophilization process comprises:

(1) the h[Gly2]GLP-2 analog; (2) 35 mM phosphate buffer to maintain the reconstituted product at a pH of about 6.9 to about 7.9, and more preferably at a pH of about 7.3 to about 7.4; (3) about 0.5 to about 1% L-histidine; and (4) about 3% mannitol.

According to another aspect of the present invention, there is provided a method for preparing a GLP-2 pharma-

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

3

ceutically acceptable formulation for parenteral administration, comprising the step of reconstituting the lyophilized GLP-2 formulation.

There is further provided in accordance with the present invention a therapeutically useful kit comprising: (1) a sterile vial comprising a lyophilized GLP-2 formulation of the invention, (2) a vehicle suitable for reconstitution thereof, preferably sterile water, (3) instructions for reconstitution; and (4) optionally instructions for administration. The kit may further comprise a device suitable for injection of the reconstituted preparation.

Both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed. Other objects, advantages, and novel features will be readily apparent to those skilled in the art from the following detailed description of the invention.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. **1**: Shows a bar graph of the effect of certain amino acid stabilizers on a formulation of h[Gly2]GLP-2 using a heat stress test. The precent (%) purity is plotted for three different amino acid formulations, both before and after the application of heat;

FIG. **2**: Shows a bar graph of the effect of L-histidine on a phosphate buffered formulation of h[Gly2]GLP-2. The % purity is plotted for three different formulations at 0 and at 4 hours;

FIG. **3**: Shows a bar graph of the screening of bulking agents analyzed by reverse-phase high performance liquid chromatography (RP-HPLC) at room temperature and 60° C. The % purity is plotted for seven different amino acid formulations;

FIG. **4**: Shows a bar graph of the screening of bulking agents analyzed by size exclusion high performance liquid chromatography (SE-HPLC). "HMW" represents a high molecular weight peak. The % purity is plotted for seven different formulations;

FIG. **5**: Shows a bar graph of the stability of mannitol and sucrose formulations of h[Gly2]GLP-2 in a liquid state, prior to lyophilization, which have been stored at 4° C. The % purity is plotted for four different formulations at 0 min. through 49 min., at 7 min. intervals; and

FIG. **6**: Shows a bar graph of the stability of lyophilized mannitol and sucrose formulations of h[Gly2]GLP-2 which have been stored at 60° C. The % purity is plotted for four different amino acid formulations.

### DETAILED DESCRIPTION OF THE INVENTION

The invention relates to GLP-2 formulations which exhibit superior storage stability. The term "GLP-2," as used herein, means a naturally occurring GLP-2 peptide or a GLP-2 analog thereof (unless specifically indicated otherwise).

The present GLP-2 formulations can be provided as liquid formulations suitable for administration, such as by injection, in unit or multi-dose amounts. The liquid formulations can also serve as stock solution from which lyophilized dosage forms can be prepared. Accordingly, the present GLP-2 formulations can also be provided in lyophilized form, e.g., as freeze-dried powders suitable for reconstitution and subsequent administration as injectable liquid formulations.

Lyophilized formulations of the present invention exhibit storage stability of six months at ambient temperature, and

4

eighteen months at 4° C. Storage stability is exhibited by minimal peptide degradation, preferably less than about 5% peptide degradation, more preferably less than about 3 to about 4% peptide degradation, and even more preferably less than about 1 to about 2% peptide degradation. Peptide degradation can be measured using standard reverse-phase HPLC (RP-HPLC) techniques.

The naturally occurring GLP-2 peptides are highly conserved peptides. Accordingly, GLP-2 peptides for use in the present invention include the various naturally produced forms of GLP-2, particularly vertebrate species (including piscine and avian species), more particularly mammalian (such as primate, rodent (including rat, mouse, degu, hamster, and guinea pig), porcine, and bovine,), and more particularly the human form. Desirably, but not essentially, the naturally occurring GLP-2 peptide selected for use is of the same species as the subject identified for treatment.

GLP-2 analogs potentially useful in the present invention include agonists and antagonists of the GLP-2 receptor. GLP-2 agonists activate the GLP-2 receptor by first binding to the receptor, followed by stimulating an intracellular second messenger system coupled to the receptor. In one embodiment of the invention, the GLP-2 agonists act selectively at the GLP-2 receptor. Selectively-acting GLP-2 agonists are compounds that, in the context of a suitable GLP-2 receptor binding or functional assay, bind to the GLP-2 receptor with greater affinity. Such greater affinity is preferably at least an order of magnitude greater relative to different receptor types, such as the GLP-1 receptor. In other embodiments, the GLP-2 analogs bind to the GLP-2 receptor with an affinity at least equivalent to the affinity of naturally occurring GLP-2.

In other embodiments of the invention, the GLP-2 peptide is an analog of natural GLP-2 that incorporates one or more amino acid substitutions, additions, deletions, or modifications and retains biological acitivity.

The agonist activity of human GLP-2 and rat GLP-2 is believed to require an intact N-terminus, but various deletions of up to several residues at the C-terminus are tolerated without loss of agonist activity. Substitutions are tolerated at sites outside regions conserved across the various GLP-2 species homologs. Similarly, substitutions are also tolerated at sites within regions conserved across GLP-2 species. In preferred embodiments, the amino acid substitutions are conservative substitutions. For example, one member of an amino acid class can be substituted by another member, e.g., the substitution of alanine by glycine, the substitution of asparagine by glutamine, the substitution of methionine by leucine or isoleucine, and the like.

Antagonist activity of GLP-2 analogs in humans and rats is exhibited when the naturally occurring GLP-2 peptide is mutated in any one or more of the first four N-terminal residues, in particular by deleting any one or more of these N-terminal residues. In addition, antagonist activity is exhibited when naturally occurring hGLP-2 is substituted: (1) with an amino acid which does not naturally occur at any of the following positions: $Asp^{15}$, $Phe^{22}$, $Thr^{29}$, $Thr^{32}$ and/or $Asp^{33}$; (2) and when $Ala^2$ is replaced by anyone of the following amino acids: Leu, Cys, Glu, Arg, Trp and $PO_3$-$Tyr^2$. In addition, antagonists of GLP-2 analogs include any mutation or variation of the naturally occurring GLP-2 peptide which results in the inhibition of intestinotrophic activity of naturally occurring GLP-2 or GLP-2 analogs which exhibit agonist acitivity. Structural analogs of GLP-2 which act as antagonists are specifically described in WO 98/03547.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

**5**

The GLP-2 receptor analogs can be identified by screening peptides against cells genetically engineered to produce the GLP-2 receptor. The GLP-2 receptor has been cloned. See Munroe et. al., *Proc. Natl. Acad. Sci. USA*, 96(4):1569 (1999). Cells functionally incorporating the GLP-2 receptor, and their use to screen GLP-2 analogs, are also described in International Publication No. WO 98/25955, published on Jun. 18, 1998.

In a preferred embodiment, the GLP-2 analog with agonist activity has been altered to confer resistance to degradation by endogenous enzymes, such as DPP-IV. Such analogs suitably incorporate a replacement of the alanine residue at position **2**. In specific embodiments, the Ala2 residue is replaced by glycine or serine, or by other residues as described for example in U.S. Pat. No. 5,789,379. In a preferred embodiment, the GLP-2 receptor agonist is [Gly2] GLP-2. For use in treating humans, the GLP-2 analog is desirably but not essentially a human GLP-2 peptide or analog, particularly including the Gly2 analog of human GLP-2.

It was discovered that the h[Gly2]GLP-2 analog precipitated at a pH of less than 5.5, and that temperature profiles suggested a heat-induced and salt-dependent transition temperature of about 40° C. Based on pH solubility profiles, it was determined that a phosphate buffer provides optimal buffering capacity for GLP-2 peptides. Furthermore, the addition of L-histidine to the phosphate buffer was found to effectively stabilize GLP-2 peptides, whereas the addition of arginine citrate or lysine did not effectively stabilize GLP-2 compositions. L-histidine acts as a stabilizing amino acid that increases the length of time that the GLP-2 peptide remains intact prior to degradation.

The lyophilized formulations of the present invention are preferably provided in a powder form comprising not more than about 5% water by weight, preferably not more than 2% water by weight, and more preferably not more than about 1% water by weight.

The bulking agent incorporated in the preparation produces a non-crystalline amorphous cake. It was found that lactose, trehalose, and maltose sugars did not effectively stabilize the GLP-2 formulation as well as mannitol and sucrose. Mannitol was found to be the preferred excipient for the GLP-2 formulations.

The buffering agent incorporated in the formulation of the present invention is selected from those capable of buffering the preparation to a pH within a physiologically tolerable range for administration to a patient. "Physiologically tolerable" formulations are those that elicit reactions, in a recipient, that are not so extreme as to preclude further administration of the formulation. acceptable range for administration to a patient. More particularly, it was found that the pH of the formulation should by greater than about 5.5, more preferably greater than about 6, even more preferably of about 6.9 to about 7.9, and most preferably about 7.3 to about 7.4. Preferably, the buffering agent is phosphate based, and most preferably a 35 mM phosphate buffer is used.

The formulations of the present invention incorporate GLP-2 in a medically effective amount, namely an amount which is useful either therapeutically or diagnostically. Such an amount can be determined based on the type of GLP-2 peptide or analog selected and on the intended end-use of the preparation. Therapeutically useful amounts of GLP-2 include those unit dosage amounts useful in a regimen to treat a subject that would benefit from GLP-2 administration, as described more fully in U.S. Pat. Nos.

**6**

5,834,428; 5,789,379; 5,990,077; and 5,952,301, and in International Publication No. WO 98/52600.

In one application, the formulation maybe exploited for the treatment of gastrointestinal disease, particularly diseases, disorders or conditions of the intestine. Therapeutically useful amounts also include multi-dose amounts of GLP-2, which can be delivered to an intended subject. Diagnostically useful amounts of GLP-2 include those amounts useful as a calibrant when assessing endogenous levels of GLP-2 or levels of GLP-2 drug in a subject, for instance as a prelude to GLP-2 therapy, or during the course of GLP-2 treatment. Medically useful amounts of GLP-2 thus can range widely from a few micrograms to many milligrams. The formulations of the present invention preferably provide about 0.1 to about 50 mg/ml of GLP-2, preferably about 5 to about 40 mg/ml, more preferably about 7 to about 30 mg/ml, even more preferably about 10 to about 20 mg/ml, and most preferably about 20 mg/ml of GLP-2.

In an embodiment of the invention, a liquid formulation of h[Gly2]GLP-2 suitable for lyophilization comprises: (1) preferably about 7 to about 30 mg/ml, even more preferably about 10 to about 20 mg/ml, and most preferably about 20 mg/ml of h[Gly2]GLP-2; (2) about 2 to about 5% of mannitol, preferably about 2.5 to about 3.5%, most preferably about 3%; (3) about 0.5 to about 1% of an amino acid stabilizer, which is preferably L-histidine; and (4) a phosphate buffer in an amount capable of buffering the reconstituted product to a pH of about 6.9–7.9, and preferably a pH of about 7.3 to about 7.4.

The GLP-2 formulations of the present invention are preferably filled in individual vials to the desired volume and the vials are subjected to a lyophilization process. The lyophilization process includes a temperature cycling process that is carefully controlled to ensure that drying proceeds uniformly. The drying process is continued until there is less than about 5% of water, preferably less than about 2% of water, and more preferably no more than about 1% of water, in the GLP-2 formulation.

A lyophilization process suitable for the present invention involves a freezing step and a two-step drying process. In an exemplary freezing process: (1) the formulation vials are first cooled from ambient temperature to about −1° C. at about 2 C/minute, and then held at about −1° C. for about 15 minutes, (2) next the vials are cooled from about −1° C. to about −40° C. at about 2° C./minute, and then held at about −40° C. for about 4 hours.

In an exemplary first drying cycle, the temperature is increased from about −40° C. to about −20° C. at about 2° C./minute, and then held at about −20° C. for about 14 hours under a vacuum of about 150 mT with a condenser temperature of about −80° C. In an exemplary second drying cycle, the vials are warmed from about −20° C. to about +20° C. at about 2° C./minute, and then held at about +20° C. for about 14 hours at a vacuum of about 150 mT and a condenser temperature of about −80° C. until there is less than about 5% of water, preferably less than about 2% of water, and more preferably no more than about 1% of water. The vials are then preferably stored at about 4° C.

The present invention also provides a medically useful kit comprising: (1) at least one vial containing the lyophilized freeze-dried GLP-2 formulation of the invention; (2) at least one vial of sterile water for reconstitution; (3) instructions directing reconstitution; and (4) optionally an injection device for administration. To use the kit, the user mixes the water with the formulation vial, preferably by transferring the water to the formulation vial. The lyophilized formula-

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

7

tion of the present invention rapidly dissolves upon reconstitution and, when reconstituted, is stable for at least about 12 hours, preferably up to about 24 hours, at 4° C. In a preferred embodiment, reconstitution of the lyophilized formulation is carried out using sterile water, preferably no more than about 1 mL of sterile water per dose of GLP-2. To reconstitute, the sterile water may be drawn into a syringe and then transferred to the vial containing the lyophilized GLP-2 formulation.

The following examples are given to illustrate the present invention. It should be understood, however, that the invention is not to be limited to the specific conditions or details described in these examples. Throughout the specification, any and all references to a publicly available document, including a U.S. patent, are specifically incorporated by reference.

EXAMPLE 1

Formulation and Lyophilization of h[Gly2]GLP-2

The purpose of this example was to prepare a lyophilized formulation of the GLP-2 peptide h[Gly2]GLP-2.

A base formulation buffer, comprising 35 mM sodium phosphate at pH 7.4, was prepared as follows: (1) purified water was added to a sterile, depyrogenated flask; (2) sodium heptahydrate was added to the flask; and (3) monobasic sodium phosphate monohydrate was added to the flask. The buffer was mixed and the pH was verified to be 7.4±0.2. The base formulation buffer was then used to dilute the GLP-2 peptide h[Gly2]GLP-2 liquid bulk drug substance to a concentration of 10 mg/ml. L-histidine was then added to a final concentration of 7.76 gm/L, and mannitol was added to a final concentration of 30 gm/L.

The preparation was carefully mixed, followed by filtering the preparation through a 0.22 μm filter into a sterile filling tank. The GLP-2 preparation was then aseptically filled, in 1 ml aliquots, from the tank into 3 cc sterile USP Type I glass vials, which were then partially capped with sterile rubber stoppers and placed into lyophilization trays.

The vials were then loaded into the lyophilizer, and the lyophilization cycle was commenced by pre-freezing the formulation to a temperature of −40±2° C. for about 4 hours. In the freezing step, the formulation vials were first cooled from ambient temperature to −1° C. at 2° C./minute and then held at −1° C. for approximately 15 minutes. This first freezing step was followed by cooling the vials from −1° C. to −40° C. at 2° C./minute, and the vials were then maintained at −40° C. for 4 hours.

In the first and primary drying cycle, the temperature was increased from −40° C. to −20° C. at 2° C./minute and then held at −20° C. for about 14 hours under a vacuum of 150 mT with a condenser temperature of −80° C. In the second drying cycle, the vials were warmed from −20° C. to +20° C. at 2° C./minute and then held at +20° C. for about 14 hours at a vacuum of 150 mT and a condenser temperature of −80° C. The second drying cycle was continued until there is less than about 5% of water, preferably less than about 2% of water, and more preferably no more than about 1% of water, remaining in the GLP-2 formulation. The vials were then stored at 4° C.

At the end of the lyophilization cycle, the vials were purged with filtered nitrogen and the rubber stoppers were fully depressed into the vials. The stoppered vials were removed from the lyophilizer and permanently sealed with a crimped aluminum seal and capped with a polypropylene flip-off button.

8

EXAMPLE 2

Screening of Amino Acid to Stabilize the Formulation

The purpose of this example was to determine the effect of various amino acid additives on the stability of GLP-2 following exposure to elevated temperatures.

The h[Gly2]GLP-2 formulation was tested with several amino acids as set out below. The tested formulations comprised: (1) h[Gly2]GLP-2 at a concentration of 10 mg/ml; and (2) the additives listed below. The pH of the composition was maintained between 7.1–7.5.

1. 10 mM phosphate, 10 mM Glutamate
2. 10 mM phosphate, 10 mM Glutamate, 50 mM Arginine
3. 10 mM phosphate, 10 mM Citrate
4. 10 mM phosphate, 10 mM Citrate, 50 mM Arginine
5. 10 mM phosphate, 100 mM Citrate
6. 10 mM phosphate, 100 mM Citrate, 50 mM Arginine
7. 10 mM phosphate, 10 mM Serine
8. 10 mM phosphate, 10 mM Serine, 50 mM Arginine
9. 10 mM phosphate, 10 mM Proline
10. 10 mM phosphate, 10 mM Proline, 50 mM Arginine
11. 10 mM phosphate, 10 mM Histidine
12. 10 mM phosphate, 10 mM Histidine, 50 mM Arginine
13. 10 mM phosphate, 10 mM Glycine
14. 10 mM phosphate, 10 mM Glycine, 50 mM Arginine
15. 10 mM His, 10 mM Glycine
16. 10 mM His, 10 mM Glycine, 50 mM Arginine

Following preparation, the samples were lyophilized according to the protocol of Example 1, stored at 40° C. for 14 days, diluted to 0.4 mg/ml, and then heated at 60° C. for 4 hours.

All of the formulations containing arginine precipitated upon heating (Formulations 2, 4, 6, 8, 10, 12, 14, and 16). Formulation 5 (100 mM citrate) and Formulation 15 (L-histidine and glycine) also precipitated. Formulations comprising L-histidine, 10 mM citrate, serine, proline, glutamate, and glycine (Formulations 1, 3, 7, 9, 11, and 13) showed similar stability when these compounds were used without the addition of other amino acids. (See FIG. **1**.)

As shown in FIG. **2**, when L-histidine was used as a stabilizer in combination with a phosphate buffer, the GLP-2 peptide remained stable following heat stress for 4 hours at 60° C.

EXAMPLE 3

Screening Bulk Agents

The purpose of this example was to determine the effect of various bulk agent additives on the stability of a GLP-2 peptide following exposure to elevated temperatures.

The following formulations of the GLP-2 peptide h[Gly2]GLP-2, at a concentration of 0.4 mg/ml, were lyophilized according to lyophilization process of Example 1. The compositions were then reconstituted and heated to 60° C.

1. 25 mM histidine, 35 mM phosphate, 3% mannitol
2. 50 mM histidine, 35 mM phosphate, 3% mannitol
3. 75 mM histidine, 35 mM phosphate, 3% mannitol
4. 25 mM histidine, 25 mM phosphate, 3% sucrose
5. 25 mM histidine, 25 mM phosphate, 3% trehalose
6. 25 mM histidine, 25 mM phosphate, 3% maltose

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

**9**

7. 25 mM histidine, 25 mM phosphate, 3% lactose

As shown in FIGS. **3** and **4**, the reverse phase HPLC data (FIG. **3**) demonstrate that the mannitol samples (Formulations 1, 2, and 3) exhibited the least amount of GLP-2 degradation. In addition, all three L-histidine concentrations (25 mM, 50 mM, and 75 mM) showed comparable stability. The SE-HPLC analysis (FIG. **4**) also showed that, except for maltose and lactose (Formulations 6 and 7), the GLP-2 analog in all of the formulations eluted as a single peak without aggregation. Formulations 6 and 7 gave an additional high molecular weight (HMW) impurity peak that accounted for approximately 6%. However when these samples were heat stressed at 60° C, the high molecular weight impurity aggregates increased to approximately 20% in Formulations 6 and 7.

Accordingly, mannitol and sucrose were determined to be acceptable candidates for addition to the GLP-2 formulations of the invention.

EXAMPLE 4

Screening Bulk Agents

The purpose of this example was to compare the effectiveness of the bulk agent additives sucrose and mannitol on the stability of GLP-2 following exposure to elevated temperatures.

The following formulations of h[Gly2]GLP-2, at 10 mg/ml, were prepared and the stability of GLP-2 in each formulation was analyzed. The concentration of sucrose in Formmulation 2 was increased to 5% to satisfy physiological osmolarity.

1. 35 mM phosphate, 50 mM histidine, 3% mannitol, pH 7.4

2. 35 mM phosphate, 50 mM histidine, 5% sucrose, pH 7.4

3. 35 mM phosphate, 25 mM lysine, 3% mannitol, pH 7.4

4. 35 mM phosphate, 25 mM lysine, 5% mannitol, pH 7.4

The formulations were then lyophilized according to lyophilization process of Example 1, followed by reconstitution, and stability testing. The formulations were then heated to 60° C. for 4 hours, followed by stability testing.

All of the lyophilized samples stored at room temperature and at 40° C. remained stable.

The stability of the formulations following lyophilization and exposure to elevated temperatures was then measured. Formulation 1, comprising L-histidine and mannitol, did not show evidence of GLP-2 degradation. However, Formulations 2, 3, and 4, comprising histidine/sucrose, lysine/mannitol, and lysine/mannitol, respectively, showed evidence of GLP-2 degradation over time (see FIG. **6**).

These results suggest that the addition of sucrose and lysine destabilizes the GLP-2 peptide (see also FIG. **5**), following exposure to elevated temperatures.

EXAMPLE 5

The Purity and Quantity of h[Gly2]GLP-2

The purity of the GLP-2 is a measurement of peptide degradation or lack thereof. The quantity of GLP-2 is a measurement of the total content of the GLP-2 and hence it is an indication as to the quantative amounts of peptide degradation, precipatation and/or aggregation.

To determine the purity and quantity of h[Gly2]GLP-2 reverse-phase HPLC is employed. Reverse phase chroma-

**10**

tography is a bonded phase chromatographic technique that allows separation of compounds on the basis of their polarity. h[Gly2]GLP-2 is adsorbed onto the hydrophobic silica-based bonded reverse phase packing material of the column and is eluted as a single peak by increasing the hydrophobicity of the mobile phase with an acetonitrile gradient. The h[Gly2]GLP-2 sample is quantitated against a reference standard.

Equipment

Waters HPLC system or equivalent

Vydac (Hesperia, Calif.), C18 reverse-phase analytical column, 4.6 mm×25 cm, 5 μm particle size, 300 Å pore size, or equivalent

Vydac (Hesperia, Calif.), C18 analytical guard cartridge, 4.6×30 mm, 5 μm particle size, 300 Å pore size, or equivalent

Hamilton Digital Syringe or equivalent

Pipettes

Materials

Membrane filters (0.45 μm)

HPLC standard glass vials, polypropylene inserts, and PTFE septa

Acetonitrile, HPLC grade

Milli-Q water

Trifluoroacetic acid (TFA), spectro grade

Ammonium bicarbonate, ACS grade

1M ammonium hydroxide

Procedure

| Chromatograhic conditions: | |
|---|---|
| Mobile phase: | Eluent A: 0.1% (v/v) TFA in Milli-Q water |
| | Eluent B: 0.1% (v/v) TFA in acetonitrile |
| Autosampler: | 2–8° C. |
| Detector: | wavelength set at 214 nm and sensitivity at 2 AU |
| Run time: | 45 minutes |

| Gradient conditions: | | | |
|---|---|---|---|
| Time (minutes) | Flow Rate (mL/min) | % Eluent B | Curve Shape |
| 0 | 1.0 | 30 | 6 |
| 1 | 1.0 | 30 | 6 |
| 30 | 1.0 | 60 | 6 |
| 35 | 1.0 | 30 | 6 |
| 45 | 1.0 | 30 | 6 |

Store column in 20% acetonitrile after use.

Preparation of 10 mM Ammonium Bicarbonate, pH 8 Buffer:

Dissolve 0.20 gram of ammonium bicarbonate in approximately 200 mL of Milli-Q water. Adjust the pH to 8.0±0.1 using 1 M ammonium hydroxide. Add Milli-Q water to final volume of 250 mL. Set expiration date of one week and store at 2–8° C. Allow buffer to warm to room temperature, then check pH and filter buffer through 0.45 μm filter prior to use.

Preparation of Standard:

Reconstitute h[Gly2]GLP-2 reference standard with filtered 10 mM ammonium bicarbonate, pH 8 buffer, to a concentration of 200 μg/mL.

Preparation of Sample:

Reconstitute/dilute h[Gly2]GLP-2 test sample(s) in the same buffer used for the standard, to a concentration of 200 μg/mL. Prepare duplicate samples.

Analysis:

Inject 50 μL of standard solution 6 times, the % RSD of h[Gly2]GLP-2 peak retention time and area is not more than (NMT) 5%, the USP tailing factor of the h[Gly2]GLP-2 peak is between 1–2.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

11

Inject 50 µL of blank (filtered 10 mM ammonium bicarbonate, pH 8 buffer) once.

Inject 50 µL of h[Gly2]GLP-2 test sample once.

Inject 50 µL of standard solution once after ten injections of test sample and at the end of the run.

Data Processing and Calculations

Data Processing

Set the software provided with the HPLC system to integrate the area under every peak observed between 5 and 40 minutes, not including any peaks that correspond to those observed in the chromatogram of the blank injection.

Calculations

$$\% \text{ Purity} = \frac{h[Gly2]GLP-2 \text{ peak area} \times 100}{\text{area of all peaks detected}}$$

$$\text{Concentration} = \frac{(h[Gly2]GLP-2 \text{ peak area of sample} \times \text{conc. of standard}) \times \text{Dilution Factor } (DF)}{\text{ave. } h[Gly2]GLP-2 \text{ peak area of standard}}$$

EXAMPLE 6

A lyophilized formulation of 9 mg/ml of h[Gly2]GLP-2 was prepared in accordance with the method of example 1. This sample was tested for stability by measuring the purity and drug content of the sample at 4° C. and 25° C. using the method of Example 4. The results are presented in Table 1 and Table 2. As shown in the tables, the sample exhibited stability for at least 6 months and 18 months at 4° C. and 25° C., respectively.

TABLE 1

Storage Condition: 4° C.

| TEST METHOD | Time 0 | 3 Months | 6 Months | 9 Months | 12 Months | 18 Months |
|---|---|---|---|---|---|---|
| | | | RESULTS | | | |
| pH | 7.4 | 7.4 | 7.2 | 7.0 | 7.4 | 7.4 |
| Purity by RP-HPLC | 99.3% | 99.5% | 99.3% | 99.1% | 99.0% | 99.4% |
| Content by RP-HPLC (mg/ml) | 9.0 | 8.7 | 8.9 | 8.7 | 8.7 | 8.8 |
| Water Content or Residual Moisture (w/w) | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.2% |

TABLE 2

Storage Condition: 25° C.

| TEST METHOD | Time 0 (release) | 1 Month | 2 Months | 3 Months | 4 Months | 5 Months | 6 Months |
|---|---|---|---|---|---|---|---|
| | | | | RESULTS | | | |
| pH | 7.4 | 7.4 | 7.5 | 7.4 | 7.2 | 7.3 | 7.2 |
| Purity by RP-HPLC | 99.3% | 99.5% | 99.3% | 99.6% | 99.3% | 99.3% | 99.4% |
| Content by RP-HPLC | 9.0 | 8.7 | 9.1 | 8.8 | 9.3 | 8.7 | 9.0 |
| Water Content or Residual Moisture (w/w) | 1.0% | 1.2% | 1.2% | 1.2% | 1.3% | 2.0% | 1.3% |

12

It will be apparent to those skilled in the art that various modifications and variations can be made in the methods and compositions of the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

I claim:

1. A glucagon-like peptide 2 (GLP-2) formulation comprising:

(a) a medically useful amount of a naturally occurring GLP-2 or an analog thereof;

(b) a phosphate buffer in an amount sufficient to adjust the pH of the formulation to a physiologically tolerable level;

(c) L-histidine; and

(d) a bulking agent selected from the group consisting of mannitol and sucrose.

2. The GLP-2 formulation of claim 1, wherein the pH of the formulation is greater than about 6.0.

3. The GLP-2 formulation of claim 2, wherein the GLP-2 peptide is h(Gly2)GLP-2.

4. The GLP-2 formulation according of claim 2, wherein the pH of the formulation is from about 6.9 to about 7.9.

5. The GLP-2 formulation of claim 4, wherein the GLP-2 peptide is h(Gly2)GLP-2.

6. The GLP-2 formulation of claim 4, wherein the pH of the formulation is from about 7.3 to about 7.4.

7. The GLP-2 formulation of claim 6, wherein the GLP-2 peptide is h(Gly2)GLP-2.

8. The GLP-2 formulation of claim 1, wherein the GLP-2 peptide or analog thereof is present at a concentration of about 0.1 to about 50 mg/ml.

9. The GLP-2 formulation of claim 8, wherein the GLP-2 peptide is h(Gly2)GLP-2.

10. The GLP-2 formulation of claim 8, wherein the GLP-2 peptide or analog thereof is present at a concentration of about 5 to about 40 mg/ml.

11. The GLP-2 formulation of claim 10, wherein the GLP-2 peptide is h(Gly2)GLP-2.

12. The GLP-2 formulation of claim 10, wherein the GLP-2 peptide or analog thereof is present at a concentration of about 7 to about 30 mg/ml.

13. The (GLP-2 formulation of claim 12, wherein the GLP-2 peptide is h(Gly2)GLP-2.

14. The GLP-2 formulation of claim 12, wherein the GLP-2 peptide or analog thereof is present at a concentration of about 10 to about 20 mg/ml.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

13

15. The GLP-2 formulation of claim **14**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

16. The GLP-2 formulation of claim **14**, wherein the L-histidine is present in an amount of about 0.5 to about 1%.

17. The GLP-2 formulation of claim **16**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

18. The GLP-2 formulation of claim **16**, wherein the bulking agent is mannitol.

19. The GLP-2 formulation of claim **18**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

20. The GLP-2 formulation of claim **18**, wherein the mannitol is present at a concentration of about 2 to about 5%.

21. The GLP-2 formulation of claim **20**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

22. The GLP-2 formulation of claim **20**, wherein the mannitol is present at a concentration of about 2.5 to about 3.5%.

23. The GLP-2 formulation of claim **22**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

24. The GLP-2 formulation of claim **1**, wherein the GLP-2 peptide is selected from the group consisting of a mammalian GLP-2 peptide, a vertebrate GLP-2 peptide, and a human GLP-2 peptide.

25. The GLP-2 formulation of claim **24**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

26. The GLP-2 formulation of claim **24**, wherein the GLP-2 peptide has the sequence of a GLP-2 species from an animal selected from the group consisting of a primate, rat, mouse, porcine species, oxine species, bovine species, degu, hamster, guinea pig, fish, chicken, and human.

27. The GLP-2 formulation of claim **26**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

28. The GLP-2 formulation of claim **27**, which is stable at ambient temperature for up to 6 months, as evidenced by GLP-2 peptide degradation of less than about 5% during this time period.

29. The GLP-2 formulation of claim **28**, wherein less than about 4% peptide degradation is observed after storage of the GLP-2 formulation during the time period.

30. The GLP-2 formulation of claim **29**, wherein less than about 2% peptide degradation is observed after storage of the GLP-2 formulation during the time period.

31. The GLP-2 formulation of claim **1**, wherein the GLP-2 analog is identified by a process comprising:

(a) screening peptides against cells genetically engineered to produce the GLP-2 receptor, and

(b) identifying peptides which bind to the GLP-2 receptor, wherein such peptides are identified as GLP-2 peptides useful in the formulation of claim **1**.

32. The GLP-2 formulation of claim **1**, wherein the GLP-2 peptide is an analog of natural GLP-2, the analog having:

(a) one or more amino acid substitutions, additions, deletions, or modifications; and

(b) GLP-2 receptor binding activity.

33. The GLP-2 formulation of claim **1**, wherein the GLP-2 peptide is an analog which has been altered to confer resistance to endogenous enzymes.

34. The GLP-2 formulation of claim **33**, wherein the alteration comprises substitution of the alanine residue at position 2 of GLP-2 with another suitable amino acid.

35. The GLP-2 formulation of claim **34**, wherein the alanine residue at position 2 is substituted with glycine or serine.

36. The GLP-2 formulation of claim **1**, wherein the GLP-2 analog is a GLP-2 receptor antagonist.

37. The GLP-2 formulation of claim **36**, wherein the GLP-2 receptor antagonist has either (1) an amino acid

14

substitution selected from the group consisting of $Asp^{15}$, $Phe^{22}$, $Thr^{29}$, $Thr^{32}$, $Asp^{33}$, and combinations thereof; or (2) an amino acid substitution of Ala at position 2 by an amino acid selected from the group consisting of Leu, Cys, Glu, Arg, Trp and $PO_3$—-Tyr, wherein the residue or position for the amino acid substitution is numbered according to a mammalian GLP-2.

38. The GLP-2 formulation of claim **1** in lyophilized form.

39. The lyophilized formulations of claim **38**, comprising less than about 5% water by weight.

40. The lyophilized formulations of claim **39**, comprising 2% or less water by weight.

41. The GLP-2 formulation of claim **1**, which is stable at a temperature of about 4° C. for up to 18 months, as evidenced by GLP-2 peptide degradation of less than about 5% during this time period.

42. The GLP-2 formulation of claim **41**, wherein less than about 4% peptide degradation is observed after storage of the GLP-2 during the time period.

43. The GLP-2 formulation of claim **42**, wherein less than about 2% peptide degradation is observed after storage of the GLP-2 formulation during the time period.

44. The GLP-2 formulation of claim **1**, wherein said GLP-2 analog has one or more amino acid substitutions, additions, deletions, or modifications and has GLP-2 receptor binding activity.

45. The GLP-2 formulation of claim **1**, wherein the GLP-2 peptide is h(Gly2)GLP-2.

46. A GLP-2 formulation comprising:

(a) about 0.1 to about 50 mg/ml of a GLP-2 peptide or an analog thereof;

(b) a phosphate buffer in an amount sufficient to adjust the pH of the formulation to a pharmaceutically tolerable level;

(c) about 0.5 to about 1% L-histidine; and

(d) about 2 to about 5% mannitol.

47. The GLP-2 formulation of claim **46**, wherein the GLP-2 is h(Gly2)GLP-2.

48. The GLP-2 formulation of claim **47**, wherein the formulation is lyophilized.

49. The GLP-2 formulation of claim **47**, wherein the pH of the formulation is selected from the group consisting of greater then about 6.0, and from about 6.9 to about 7.9.

50. The GLP-2 formulation of claim **49**, wherein the pH of the formulation is from about 7.3 to about 7.4.

51. The GLP-2 formulation of claim **46**, wherein said GLP-2 analog has one or more amino acid substitutions, additions, deletions, or modifications and has GLP-2 receptor binding activity.

52. A GLP-2 formulation comprising:

(a) a medically useful amount of a naturally occurring GLP-2 peptide or an analog thereof;

(b) a phosphate buffer in an amount sufficient to adjust the pH of the formulation to a physiologically tolerable level;

(c) L-histidine in an amount sufficient to stabilize the formulation; and

(d) a bulking agent selected from the group consisting of mannitol and sucrose.

53. A method for making a lyophilized formulation of GLP-2 comprising the following steps:

(a) preparing a GLP-2 formulation comprising:

(i) a GLP-2 peptide or an analog thereof;

(ii) a phosphate buffer in an amount sufficient to adjust the pH of the formulation to a pharmaceutically tolerable level;

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,056,886 B2

15

(iii) L-histidine; and

(iv) a hulking agent selected from the group consisting of mannitol and sucrose;

(b) freezing the formulation to –40° C.;

(c) drying the formulation in a first drying step at –20° C; and

(d) drying the formulation in a second drying step at +20° C.

54. The method of claim 53, wherein the pH of the GLP-2 formulation prior to freezing is selected from the group consisting of greater than about 6.0, and from about 6.9 to about 7.9.

55. The method of claim 54, wherein the pH of the formulation is from about 7.3 to about 7.4.

56. The method of claim 53, wherein the freezing process of step (b) comprises:

(a) cooling the formulation from ambient temperature to about –1° C. at about 2° C./minute, followed by maintaining the formulation at about –1° C. for about 15 minutes; and

(b) cooling the formulation from about –1° C. to about –40° C. at about 2° C./minute, followed by maintaining the formulation at about –40° C. for about 4 hours.

57. The method of claim 53, wherein the drying process of step (c) comprises:

(a) raising the temperature from about –40° C. to about –20° C. at about 2° C./minute; and

(b) maintaining the formulation at about –20° C. for about 14 hours under a vacuum of about 150 mT with a condenser temperature of about –80° C.

58. The method of claim 53, wherein the drying process of step (d) comprises:

(a) warming the formulation from about –20° C. to about +20° C. at about 2° C./minute;

(b) maintaining the formulation at about +20° C. for about 14 hours at a vacuum of about 150 mT and a condenser temperature of about –80° C. until there is less than about 5% of water remaining in the formulation.

59. The method of claim 58, wherein the formulation is maintained at about +20° C., at a vacuum of about 150 mT and a condenser temperature of about –80° C., until there is about 2% or less of water remaining in the formulation.

60. The method of claim 53, wherein said GLP-2 analog has one or more amino acid substitutions, additions, deletions, or modifications and has GLP-2 receptor binding activity.

61. A kit comprising:

(a) a lyophilized GLP-2 formulation comprising:

(i) a GLP-2 peptide or an analog thereof;

(ii) a phosphate buffer in an amount sufficient to adjust the pH of the formulation to a pharmaceutically acceptable level;

(iii) L-histidine; and

16

(iv) a bulking agent selected from the group consisting of mannitol and sucrose;

(b) a vial of sterile water for reconstitution; and

(c) instructions directing reconstitution.

62. The kit of claim 61, wherein the pH of the GLP-2 formulation is selected from the group consisting of greater than about 5.5, greater than about 6.0, and from about 6.9 to about 7.9.

63. The kit of claim 62, wherein the pH of the formulation is from about 7.3 to about 7.4.

64. The kit of claim 63, wherein the GLP-2 peptide is h(Gly2)GLP-2.

65. A kit of claim 61, further comprising an injection device for administration.

66. The kit of claim 61, wherein following reconstitution the GLP-2 formulation is stable for at least about 12 hours.

67. The kit of claim 61, wherein following reconstitution the GLP-2 formulation is stable for up to about 24 hours.

68. The kit of claim 61, wherein said GLP-2 analog has one or more amino acid substitutions, additions, deletions, or modifications, and has GLP-2 receptor binding activity.

69. A method for treating a human or animal having a gastrointestinal disorder, disease or condition for which treatment with GLP-2 is indicated, the method comprising the step of administering a therapeutically effective amount of a GLP-2 formulation comprising:

(a) a GLP-2 peptide or an analog thereof;

(b) a phosphate buffer in an amount sufficient to adjust the pH of the formulation to a pharmaceutically tolerable level;

(c) L-histidine; and

(d) a bulking agent selected from the group consisting of mannitol and sucrose,

thereby enhancing, maintaining, or promoting the growth or functioning of the gastrointestinal tract.

70. The method of claim 69, wherein the pH of the GLP-2 formulation is selected from the group consisting of greater than about 5.5, greater than about 6.0, and from about 6.9 to about 7.9.

71. The method of claim 70, wherein the pH of the formulation is from about 7.3 to about 7.4.

72. The method of claim 70, wherein the GLP-2 peptide is h(Gly2)GLP-2.

73. The method of claim 69, wherein the GLP-2 formulation is administered by injection.

74. The method of claim 69, wherein the GLP-2 formulation is administered by infusion.

75. The method of claim 69, wherein said GLP-2 analog has one or more amino acid substitutions, additions, deletions, or modifications and has GLP-2 receptor binding activity.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

# EXHIBIT B



U 7626679

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 15, 2017

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,847,061*
ISSUE DATE: *December 07, 2010*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

US007847061B2

(12) **United States Patent**
Sanguinetti et al.

(10) **Patent No.:** **US 7,847,061 B2**
(45) **Date of Patent:** **Dec. 7, 2010**

(54) **TREATMENT OF SHORT BOWEL SYNDROME PATIENTS WITH COLON-IN-CONTINUITY**

(75) Inventors: **Elizabeth Lemaire Sanguinetti**, Salt Lake City, UT (US); **Thomas B. Marriott**, Sandy, UT (US); **Jennifer Lopansri**, Salt Lake City, UT (US); **Consuelo Maria Blosch**, Mercer Island, WA (US)

(73) Assignee: **NPS Pharmaceuticals, Inc.**, Bedminster, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/262,980**

(22) Filed: **Nov. 1, 2005**

(65) **Prior Publication Data**

US 2006/0135424 A1     Jun. 22, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/623,233, filed on Nov. 1, 2004.

(51) **Int. Cl.**
*A61K 38/26* (2006.01)
*A61K 38/18* (2006.01)
*A61K 35/38* (2006.01)

(52) **U.S. Cl.** ........................... 530/308; 514/2; 424/551

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,789,379 A | 8/1998 | Drucker et al. | |
| 6,077,949 A | 6/2000 | Munroe et al. | |
| 6,184,201 B1 * | 2/2001 | Drucker et al. ................ | 514/12 |
| 7,411,039 B2 | 8/2008 | Thim et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1231219 | 8/2002 |
| WO | WO 97/39091 A1 | 10/1997 |
| WO | WO 9739031 | 10/1997 |
| WO | WO 02/066511 A2 | 8/2002 |

OTHER PUBLICATIONS

Jeppesen, et al., J. Nutr., 2003, 133, 3721-3724.*
Jeppesen, et al., JPEN, 1999, 23, S101-S105.*
Jeppesen et al. (Gastroenterology 2001;120:806-815).
K. N. Jeejeebhoy, "Short bowel syndrome: a nutritional and medical approach", CMAJ; May 14, 2002, 168 (10), pp. 1297-11302.
Jeppesen et al., *Impaired Meal Stimulated Glucagon-Like. Peptide 2 Response in Ileal Resected Short Bowel Pateints with Intestinal Failure*, GUT, 45:559-563 (1999).
Jeppesen et al., *Elevated Plasma Glucagon-like Peptide 1 and 2 Concentrations in Ileum Resected Short Bowel Patients with a Preserved Colon*, GUT, 47:370-376 (2000).
Jeppesen et al., *ALX-0600, a Dipeptidyl Peptidase-IV Resistant Glucagon-like Peptide-2 (GLP-2) Analog, Improves Intestinal Function in Short Bowel Syndrome (SBS) Pateints with a Jejunostomy*, Gastroenterology 122:A-191 (2002).
Scott et al., *GLP-2 Augments the Adaptive Response to Massive intestinal Resection in Rat*, Am. J. Physiol. (Gastrointest. Liver Physiol. 38): G911-G921 (1988).
Ferrone, et al., "Teduglutide for the treatment of short bowel syndrome", The Annals of Pharmacotherapy, 2006, vol. 40, No. 6, 1105-1109.
International Preliminary Report on Patentability and Written Opinion issued in International Application No. PCT/US2005/039222 dated May 1, 2007.
International Search Report issued in International Application No. PCT/US2005/039222 dated Jul. 17, 2006.
Jeppesen, et al., "Teduglutide (ALX-0600), a dipeptidyl peptidase IV resistant glucagon-like peptide 2 analogue, improves intestinal function in short bowel syndrome patients", Gut, vol. 54, No. 9, 2005, 1224-1231.
Yang, et al., "Novel Agents in the treatment of intestinal failure: humoral factors", Gastroenterology, vol. 130, No. 2, 2006, S117-S121.

* cited by examiner

*Primary Examiner*—Andrew D Kosar
*Assistant Examiner*—Satyanarayana R Gudibande
(74) *Attorney, Agent, or Firm*—Stoel Rives LLP

(57) **ABSTRACT**

Intestinal absorption is enhanced in short bowel syndrome patients presenting with colon-in-continuity by treatment with a GLP-2 receptor agonist, such as teduglutide.

**18 Claims, 2 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

Case 1:17-cv-00397-RGA    Document 1-1    Filed 04/10/17    Page 21 of 44 PageID #: 46

# Figure 1.



Copy provided by USPTO from the PIRS Image Database on 03/10/2017

## Figure 2.



Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

**1**

## TREATMENT OF SHORT BOWEL SYNDROME PATIENTS WITH COLON-IN-CONTINUITY

### FIELD OF THE INVENTION

This invention relates to products and methods useful medically to treat patients presenting with short bowel syndrome. More particularly, the invention relates to glucagon-like peptide 2 (GLP-2) and other GLP-2 receptor agonists effective to improve intestinal function particularly in patients presenting with short bowel syndrome with colon-in-continuity.

### BACKGROUND TO THE INVENTION

The estimated prevalence of short bowel syndrome (SBS) patients with non-malignant disease requiring home parenteral nutrition (HPN) is at least 40 per million of the U.S. population. SBS usually results from surgical resection of some or most of the small intestine for conditions such as Crohn's disease, mesenteric infarction, volvulus, trauma, congenital anomalies, and multiple strictures due to adhesions or radiation. Surgical resection may also include resection of all or part of the colon. SBS patients suffer from malabsorption that may lead to malnutrition, dehydration and weight loss. Some patients can maintain their protein and energy balance through hyperphagia; more rarely they can sustain fluid and electrolyte requirements to become independent from parenteral fluid.

Although long-term parenteral nutrition (PN) is life saving in patients with intestinal failure, it is expensive, impairs quality of life and is associated with serious complications such as catheter sepsis, venous occlusions and liver failure. Treatments that amplify absolute intestinal absorption, and eliminate or minimize the need for PN have great potential significance to SBS patients.

The endogenous meal-stimulated hormone, glucagon-like peptide-2 (GLP-2), raises considerable interest for SBS patients. GLP-2 functions to slow gastric emptying, reduce gastric secretions, increase intestinal blood-flow and stimulate growth of the small and large intestine. In animal studies, GLP-2 administration induces mucosal epithelial proliferation in the stomach and small and large intestine by stimulation of crypt cell proliferation and inhibition of enterocyte apoptosis.

SBS patients with end-jejunostomy and no colon have low basal GLP-2 levels and limited meal-stimulated GLP-2 secretion due to removal of GLP-2 secreting L-cells, which are located primarily in the terminal ileum and colon. This GLP-2 deficiency results in a minimal adaptive response following resection and could explain the gastric hypersecretion, rapid intestinal transit and lack of intestinal adaptation observed in these SBS patients.

Jeppesen et al. (Gastroenterology 2001; 120:806-815) have described positive benefit in an open-label study using pharmacologic doses of native GLP-2 in SBS jejunostomy patients. There was significant improvement in intestinal wet weight absorption and a more modest improvement in energy absorption that led to an increase in body weight, lean body mass and a rise in urinary creatinine excretion.

In contrast, SBS patients with colon-in-continuity have elevated basal endogenous GLP-2 levels resulting in an adaptive response to resection characterized by improved wet weight gain and energy absorption. The potential for added benefit of pharmacologic doses of GLP-2 receptor agonists in these patients is not obvious and has not been studied.

**2**

### SUMMARY OF THE INVENTION

It has now been determined that intestinal absorption is enhanced in SBS patients presenting with colon-in-continuity when those patients are treated with a GLP-2 receptor agonist.

Thus, in one aspect, the present invention provides a method for enhancing intestinal absorption in a patient with short bowel syndrome, comprising the steps of selecting for treatment a short bowel syndrome patient presenting with at least about 25% colon in continuity with remnant small intestine, and treating said patient with a GLP-2 receptor agonist to enhance intestinal absorption by said patient.

In a related aspect, the present invention provides for the use of a GLP-2 receptor agonist in the preparation of a medicament for enhancing intestinal absorption in short bowel syndrome patients presenting with at least about 25% colon in continuity with remnant small intestine.

In a preferred embodiment, the GLP-2 receptor agonist is [Gly2]hGLP-2, known as teduglutide.

### BRIEF REFERENCE TO THE DRAWINGS

Embodiments of the invention are now described with reference to the accompanying drawings in which:

FIG. 1 illustrates results measured in terms of fecal wet weight, intestinal wet weight absorption and urine weight in the individual patients at Baseline (Days −3 to 0), during treatment (Days 18 to 21), and at follow-up (Days 39 to 42).

FIG. 2 illustrates results measured in terms of fecal energy excretion and intestinal absorption in the individual patients at Baseline (Days −3 to 0), during treatment (Days 18 to 21), and at follow-up (Days 39 to 42).

### DETAILED DESCRIPTION

The positive effect of GLP-2 receptor agonists on intestinal absorption in SBS patients that retain at least some, e.g.,. >25%, of their colon is particularly surprising. These patients have essentially retained GLP-2 producing tissue and, indeed, show elevated basal levels of the endogenous GLP-2 that can be as high as meal stimulated levels in normal, healthy individuals and that, in normal individual, is responsible for maintenance of the intestinal lining required for intestinal absorption. There is nevertheless significant clinical benefit for these patients, manifest principally as enhanced intestinal absorption as indicated by increased absolute wet weight absorption, when they are treated in accordance with the present method.

More particularly, patient candidates for the present treatment are those presenting with SBS resulting from small intestine resection which may be secondary to Crohn's disease, vascular ischemic disease, malrotation or volvulus, trauma, congenital anomalies, or multiple strictures due to adhesions or radiation and who require parenteral nutrition to meet their needs. As patients presenting with short bowel syndrome, such patients typically retain, following resection, a length of small intestine that is within the range from at least about 25 cm and at most about 200 cm., e.g., from about 50-150 cm. Such SBS patients include those patients presenting with jejunostomy, in which part of the jejunum is resected and generally all of the ileum, and/or ileostomy in which part of the ileum is resected and the jejunum may or may not be present. SBS patients with jejunostomy or ileostomy generally do not have any remaining colon, but if they do, it is not in continuity with the remnant small intestine.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

3

SBS patients selected for treatment by the present method are those who retain, in continuity with remnant small intestine, at least some length of their colon, such as at least about 25%, and desirably 30%, 35%, 40%, 45% and preferably at least 50%, 60%, 70%, 80%, 90% or more. The remaining length of colon typically will be determined from the surgical records of a patient candidate. Expressed in other terms, preferred candidates for the present treatment are short bowel syndrome patients who retain colon sufficient to produce endogenous GLP-2 at levels that are at least greater than the negligible levels produced by patients with no colon, and ideally are similar to those GLP-2 levels produced by healthy volunteers. Endogenous GLP-2 levels for normal, healthy individuals are 15±2 pmol/L fasted, and 61±9 pmol/L fed. Candidates for the present treatment thus are SBS patients that retain sufficient functional colon to produce at least about 10%, 20%, 30%, 40%, 50% or more of such levels in the fed state, e.g., at least about 5 pmol/L fed, and desirably 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65 and 70 pmol/L endogenous GLP-2 in the fed state.

In a preferred embodiment, treatment candidates are those short bowel syndrome patients who retain at least 50% or more of colon length in continuity with remnant small intestine. Such a treatment candidate is identified herein as a patient with ≧50% colon-in-continuity. In other preferred embodiments, the SBS patient with colon in continuity has a remnant small intestine at least about 50 cm in length which, desirably but not essentially, incorporates at least a portion of the ileum.

The patients can be selected for treatment by the present method at any time following the surgical resection. That is, patients that are undergoing adaptation, as well as those who have had sufficient time to adapt following the surgery, are acceptable treatment candidates.

Treatment of short bowel syndrome patients presenting with colon-in-continuity, in accordance with the present method, is effective to enhance intestinal absorption, particularly of fluid including water and salts, but including nutrients as well. This effect is revealed particularly as a treatment-mediated, statistically significant increase in absolute wet weight absorption, which is determined by subtracting fecal wet weight from diet wet weight using a vigorous nutrient absorption test. The effect of treatment is also generally seen as a reduction in fecal wet weight, an increase in urine wet weight, a reduction in energy excretion (measured as herein described), and in other respects noted in the examples herein.

The present treatment method entails dosing the selected patient with a GLP-2 receptor agonist using a treatment regimen effective to enhance intestinal absorption. Such GLP-2 receptor agonists are characterized as molecules that bind with, preferably selectively, and stimulate the human GLP-2 receptor, as reported by Monroe et al. in U.S. Pat. No. 6,077,949 issued Jun. 20, 2000, incorporated herein by reference. Briefly, GLP-2 receptor agonists are revealed as agents that trigger production of, or trigger an elevation in the level of, a second messenger coupled to the human GLP-2 receptor, when exposed to a host cell that produces that receptor naturally or is transfected with DNA encoding that receptor.

In one embodiment of the invention, the GLP-2 receptor agonist is human GLP-2. In other embodiments, the GLP-2 receptor agonist is a vertebrate, e.g., mammalian, homolog of human GLP-2. Thus, GLP-2 receptor agonists useful in embodiments of the present invention include GLP-2 having the sequence found in GLP-2 endogenous to human, cow, pig, primate, sheep, rodents including mouse, rat, degu and the like, and other vertebrate species.

4

In other embodiments, the GLP-2 receptor agonist is an analog of human GLP-2, which incorporates at least one, and usually not more than 5, e.g., 1, 2 or 3, amino acid substitutions or additions, and may also have a C-terminal truncation of from 1 to 5 or more amino acids.

In a preferred embodiment, the GLP-2 receptor agonist is a GLP-2 peptide analog that is altered to prolong serum half-life. In a particularly preferred embodiment, the GLP-2 peptide incorporates an amino acid substitution that renders the peptide resistant to the endogenous enzyme dipeptidyl peptidase IV (DPP-IV). Such analogs incorporate an appropriate substitution of the Ala2 residue desirably, but not essentially, by a genetically encoded amino acid, to permit recombinant production of the desired protein. Amino acids that can usefully substitute at Ala2 to provide GLP-2 analogs that retain GLP-2 receptor agonist activity and are less susceptible to DPP-IV include GLy, D-Ala, Val, Glu, Lys, Arg, Leu and Ile. Still other GLP-2 analogs include those substituted at Met10 by an amino acid that is less sensitive to oxidation.

In alternative embodiments, the GLP-2 peptide, or GLP-2 peptide analog is derivatized, for instance at an internal or substituted lysine, to prolong serum half-life by conjugation with lipophilic groups, with polyethylene glycol groups, with albumin or with any other functional group having the desired effect of reducing the rate at which the peptide is degraded endogenously following its administration. Such derivatized forms may be derivatized analogs of GLP-2, which carry substitutions, such as conserved or non-conserved lysine substitutions, having no appreciable negative effect on GLP-2 receptor activation but allowing for conjugation of the desired functional group. It will be appreciated that these derivatized forms of GLP-2 or of GLP-2 analogs are considered to be GLP-2 receptor agonists if they exert their endogenous effect through the GLP-2 receptor after administration, even if this GLP-2 receptor agonist property is not displayed while in the pro-drug, pre-administration form.

A wide variety of useful active GLP-2 analogs and derivatives have been described in the literature, as revealed in U.S. Pat. No. 5,789,379 issued Jun. 20, 2000 and related WO97/39031 published Oct. 23, 1997 which teach site-specific GLP-2 analogs; in WO02/066511 published Aug. 27, 2003 which teaches albumin-derivatized forms of GLP-2 and analogs, and in WO99/43361 published Oct. 14, 1999, WO04/035624 published Apr. 29, 2004 and WO04/085471 published Oct. 7, 2004 which describe lipophilic-derivatized forms of GLP-2 and analogs.

In a particularly preferred embodiment of the present invention, the GLP-2 receptor agonist is [Gly2]hGLP-2, known as teduglutide.

The dosing regimen effective to treat the SBS patients with colon-in-continuity entails delivering the selected GLP-2 receptor agonist to the patient for a time and at a dose sufficient to enhance intestinal absorption. As noted in the examples herein, and according to a preferred embodiment of the present invention, one suitable treatment regimen entails once daily administration of teduglutide, by subcutaneous injection in the abdomen, thigh or arm, at a dose in the range from 30 to 150 ug/kg/day for a period of about 21 days. It is anticipated that effective daily doses of teduglutide, as well as human GLP-2 per se and other GLP-2 receptor agonist with comparable properties, will lie generally in the broader range from about 5 to 500 ug/kg/day e.g., from 10 to 400 ug/kg/day, such as 20 to 300 ug/kg/day.

It will be appreciated from these results that a similarly beneficial effect can be expected when using either teduglutide, or when using a related GLP-2 receptor agonist, in an alternative dosing schedule. With respect to teduglutide per

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

5

se, administration twice daily or still more frequently can be beneficial. Twice daily (every 12 hours) dosing usefully delivers about 5 to 250 ug/kg/dose. Benefits can also accrue to schedules that entail shorter or, more desirably, longer term dosing, such as from about 14 days to many months or even years. Maintenance dosing also is desirable, in which patients receive either continued or follow up dosing. Follow-up dosing usefully occurs at regular frequencies such as weekly, biweekly, every month, every three months, etc. Continued dosing usefully provides to the patient a dose efficient to maintain the benefits of increased absorptive surface area with increased intestinal absorption that arise from initial treatment, and can be effected by dosing the patient at least once within every 1-28 days, e.g., every other day, 2-3 times per week, once per week, etc. Continued or follow-up dosing can be important to preserve the medical benefits mediated by the GLP-2 receptor agonist; as noted in the examples, improvements in intestinal absorption following treatment with teduglutide for instance, can be lost rapidly, for example within four weeks following cessation of dosing.

The teduglutide dosing regimen herein described is useful to determine effective dosing schedules for other GLP-2 receptor agonists for which pharmacokinetics properties are either already known or can be determined, by relating pharmacologic, pharmacokinetic and pharmacodynamic properties, in accordance with standard practise in drug development.

It will be appreciated that the route of administration, and the particular dosage form of the GLP-2 receptor agonist, will be chosen to preserve and desirably optimize the effect of the drug. Administration by injection, such as subcutaneous, intramuscular, intravenous, etc., is suitable. Alternatively, the drug may be administered by infusion or by any other route that delivers the drug to the target site on the serosal side of the intestinal tissue, such as by depot injection. If delivered by injection, the drug can be formulated as a lyophilized powder for reconstitution by the user, and as either unit or multiple doses. One formulation of teduglutide, for instance, is described in WO01/49314 published Jul. 12, 2001, and provides a powder for reconstitution in which teduglutide is present with L-histidine, mannitol and sodium phosphate. This is usefully provided as a 3 mL glass vial containing 10 mg teduglutide, for reconstitution with 1 mL water for injection and self-administration. An alternative formulation provides 10 mg of teduglutide in a smaller volume of aqueous vehicle, such as 0.5 mL water for injection.

Most suitably, the chosen treatment parameters, including choice of GLP-2 receptor agonist, and dosing schedule, are selected to provide optimal enhancement of intestinal absorption, e.g. to provide for an increase in the volume of fluid and the nutrients absorbed by the patient, which is revealed for instance as a decrease of at least about 5%, 10%, 15%, 20% or more in fecal wet weight, and/or an increase of at least about 5%, 10% or more in urine weight.

Embodiments of the invention are exemplified below:

Patients

Study subjects were recruited from centers in the U.S. and Denmark that care for patients receiving PN. All patients had undergone extensive resection of the small intestine without any surgical resection of the stomach, duodenum or pancreas.

Study inclusion criteria were: Over 18 years of age; diagnosis of SBS that could be secondary to Crohn's disease, volvulus, injury or vascular ischemia, remnant small intestine of 150 cm or less; no clinical evidence of active inflammatory bowel disease (IBD) or fistulas; no history of radiation enteritis, or sprue; no alcohol or drug abuse; no significant renal,

6

hepatic or cardiac diseases; no glutamine for at least four weeks prior to screening; no growth factors or participation in any clinical trial within three months of screening (except use of teduglutide in patients in the rechallenge group). SBS patients with $\geq$50% colon-in-continuity had a demonstrated fecal weight exceeding 1 kg/day and fecal energy loss exceeding 2 MJ/day [478 Kcal/day].

Women of childbearing age had to have a negative blood β-human chorionic gonadotropin test before inclusion in the study and used effective contraceptives during the study. Usual medications such as proton pump inhibitors, codeine, loperamide, and oral and parenteral supplements were kept constant. Local Ethics Committees or Institutional Review Boards approved the protocol. Procedures were in accordance with ethical standards of the Helsinki Declaration of 1964 as modified by the 48th World Medical Association in 1996. Each eligible patient signed an informed consent form prior to study.

Study Protocol

This was an open-label, pilot study to determine the safety and effect of teduglutide in patients with short bowel syndrome (SBS). The patient's history was reviewed and a physical examination performed to determine eligibility before inclusion in the study. Estimated residual small intestine and colon lengths were determined by reviewing operative reports and available radiographic studies. Eligible patients were admitted as inpatients to hospital wards or General Clinic Research Centers (GCRC) on three separate occasions, 18 days apart, for the last four days and three nights of the baseline period and at the end of the treatment and followup periods. Treatment consisted of recombinant teduglutide (supplied by NPS Allelix, Mississauga, ON, Canada) formulated as a lyophilized powder with L-histidine, mannitol, and monobasic and dibasic sodium phosphate (Lot 8502901). Water was added to reconstitute the drug for administration by subcutaneous (s.c.) injections in the abdomen or thigh. Ten SBS patients with jejunostomy received 0.03 mg/kg/d, 0.10 mg/kg/d or 0.15 mg/kg/d once daily for 21 days. Five SBS patients with $\geq$50% colon-in-continuity received teduglutide 0.10 mg/kg/d once daily for 21 days.

During each inpatient period, patients underwent 72-hour nutrient balance and D-Xylose absorption studies, and a proximal or distal endoscopy to ascertain the condition of the intestinal mucosa and obtain biopsy samples. In jejunostomy patients, biopsies were obtained through the jejunostomy stoma or by upper gastrointestinal endoscopy. In patients with colon-in-continuity, colo-rectal biopsies were obtained. Teduglutide treatment began on Day 1 (immediately after the baseline period) and continued once-daily for 21 days. On the first and last day of dosing, all patients had blood collections for plasma levels and pharmacokinetic parameters and to test for any antibodies to teduglutide or E. coli protein. Patients were monitored for safety (adverse events, physical exams, vital signs, ECGs, laboratory results, and injection site examinations) during the inpatient periods and during outpatient visits on days 7 and 14.

The 72-hour nutrient balance studies were completed with each patient eating their usual diet, calculated from a sevenday food diary completed by the patient during the screening period. It was intended that patients eat the same quantity and quality of food and beverages during each admission. During the 72-hour balance periods, all oral intake (duplicate meals and beverages and declined food), fecal/stomal output, and urine were collected and weighed. All stool samples were refrigerated during the collection period. Stools and diets were separately homogenized and analyzed for energy con-

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

7

tent (by bomb calorimetry), nitrogen (by the macro-Kjeldahl's method), fat (by the gravimetric technique), and sodium and potassium (by atomic absorption).

D-Xylose was used to test intestinal carbohydrate absorption. After an overnight fast, patients drank a test solution of 25 g D-Xylose in 200-mL distilled water over a 2-3 minute period. A blood sample was taken at two hours and urine collected for 5-hours following ingestion.

Morphological Analysis

Endoscopic examinations were performed in each subject at the completion of baseline, treatment and follow-up phases. All tissue samples for measurement of villus height and crypt depth were prepared and analyzed in a blinded fashion by the same pathologist. Villus height and crypt depth were measured using light microscopy (eyepiece micrometer) as the mean of ten well-oriented villi and crypts. The number of mitotic figures per 100 crypt epithelial cells was calculated.

Statistics

Using the SAS (Version 8.2; SAS Institute, Cary, N.C.) statistical program, a Student's paired t test was employed that compared treatment to baseline values, and follow-up to baseline values. No comparisons were made between patients on different doses or with different anatomy due to the limited number of patients in the study. Data are expressed as mean±SD. A value of $p<0.05$ was considered significant.

Results

Patients

Sixteen SBS patients (nine females, seven males) enrolled in this open-label, multicenter, dose-ranging pilot study and received teduglutide. Four U.S. sites recruited 6 patients and one Danish site recruited 10 patients. The baseline characteristics of these 16 patients treated are given in Table 1. These patients were subdivided into an end-jejunostomy group of 10 (Group 2) and ≧50% colon-in-continuity group of 5 (Group 3). There were originally 11 jejunostomy patients, but patient 03 was found on biopsy to have a remnant segment of colon, later estimated to be 30%. This individual was not included in any subgroup analysis. As judged from analysis of duplicate meals adjusted for declined food, some patients had better dietary consistency than others. Patients who had an oral food intake where the dietary wet weight and energy content at treatment did not differ more than 10% from baseline values were termed "high dietary compliance". Ten patients had a high dietary compliance (<10% variability from baseline value), 5 with end-jejunostomy and 5 with ≧50% colon-in-continuity (Group 4).

The demographics of the two groups of SBS patients, those with end-jejunostomy and those with colon-in-continuity, were similar with ages ranging from 27-74 years, weights ranging from 38.9-79.2 kg, heights ranging from 158-180 cm, BMI ranging from 15.0-26.9 kg/m², years since last intestinal resection ranging from 2.4-20 years (except one patient 0.9 years post-resection, whose results were similar to others who received 0.15 mg/kg/day), and remnant jejunum lengths ranging from 25-150 cm. The causes for intestinal resection were Crohn's disease (11), mesenteric infarction (2), volvulus (1), stricture (1), and trauma (1). Twelve of the 16 SBS patients used anti-diarrheal medications, and 14 patients used anti-secretory medications, including one [12] that took octreotide. Of the 15 patients who had evaluable data, 3 patients with colon-in-continuity did not require either PN or fluids, 2 end-jejunostomy patients required fluids only, and 10 patients required both PN and fluids (Table 1).

8

Compliance

Jejunostomy patient 03, who was found to have a segment of colon-in-continuity, and patient 20, known to have colon-in-continuity, did not complete the follow-up period. Drug compliance (counting the number of returned vials) was complete in all patients participating during the nutrient balance periods. During the 21 day treatment period, drug compliance was complete, except in one patient with colon-in-continuity, who administered the full dose for 15 days, half-doses for two days, and no dose for four days.

Safety Results

All patients were monitored for safety. There were no deaths and no withdrawals due to adverse events (AEs). Two patients with evaluable data reported a serious AE of catheter-related infection or catheter-related complication following dosing. None of these were judged to be related to teduglutide. The incidence of AEs was similar between groups. The most common AEs were edema of the lower limbs, and localized swelling of the jejunostomy nipple. Other AEs included headache and abdominal pain. Three patients had minor injection site reactions (single events of bruising, induration, rash; four events of erythema). No clinically significant abnormal laboratory values were identified in relation to teduglutide treatment. No safety concerns were raised from vital signs or ECGs. No antibodies to teduglutide were detected. One patient had a relative E. coli protein antibody titer of 1:1624, and six patients had relative titers between 1:107 and 1:228, after treatment.

Endogenous GLP-2 Levels

For patients with ≧50% colon-in-continuity, fasting concentrations of endogenous GLP-2 were measured prior to administration of teduglutide. For four of the five subjects, their concentrations were between the mean levels for fasted and fed healthy volunteers (fasted (15±2 pmol/L) and fed (61±9 pmol/L)), measured as described by Hartmann et al. (Peptides 21 2000; 73-80, incorporated herein by reference). The levels for the five subjects were 16, 27, 37, 41, and 73 pmol/L.

Effects of Teduglutide

Wet Weight

FIG. 1 illustrates fecal wet weight, intestinal wet weight absorption and urine weight in the individual patients in Groups 2 and 3 at baseline, during treatment and at follow-up. A 21-day treatment with teduglutide significantly decreased fecal wet weight, compared to baseline, in each subgroup (Groups 2 and 3; Table 2). The decrease was similar in those with end-jejunostomy (Group 2, 682±911 g/d, p=0.040) and those with colon-in-continuity (Group 3, 822±341 g/d, P=0.006). Absolute wet weight absorption was obtained by subtracting fecal wet weight from diet wet weight. Teduglutide increased absolute wet weight absorption in all 15 SBS patients compared to baseline. These increases were significant for all groups and closely reflected the decreases in fecal output. The absolute wet weight absorption increased as a percent of intake in 13 of 15 SBS patients. The increase in the relative absorption was similar for SBS patients with end-jejunostomy (Group 2, 20±18%, p=0.007) and those with ≧50% colon-in-continuity (Group 3, 26±16%, p=0.023). As expected from increases in intestinal wet weight absorption, teduglutide increased urine weight in 13 of 15 SBS patients. Similar increases were seen in those patients with end-jejunostomy (Group 2, 680±535 g/d, p=0.003) and those with ≧50% colon-in-continuity (Group 3, 461±200 g/d, p=0.007).

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

9

Energy

FIG. 2 illustrates fecal energy excretion and intestinal energy absorption in the individual patients at baseline, during treatment and at follow-up. Compared to baseline, the 12 of 15 SBS patients had significant decreases in energy excretion on teduglutide. This reduction was more pronounced in those with colon-in-continuity (Group 3, 1343±916 kJ/d, p=0.031) and those with high dietary compliance (Group 4, 1060±1083 kJ/d, p=0.013) than those with end-jejunostomy (Group 2, 532±1703 kJ/d, p>0.05). Significant effects were also seen with improved energy absorption (Group 3, 1027±798 kJ/d, p=0.045; Group 4, 963±1290 kJ/d, p=0.043) and relative energy absorption (Group 3, 10±7%, p=0.030; Group 4, 8±11%, p=0.040).

Biopsies

Significant histological changes in relation to teduglutide treatment were seen in the jejunum in 7 of the 8 Group 2 patients who were biopsied. There was an increase in villus height (38±45%, p=0.030), crypt depth (22±18%, p=0.010), and mitotic index (115±108%, p=0.010). These results indicate structural changes corresponded with observed improved absorption. Small intestine biopsies were not obtained from patients with colon-in-continuity (Group 3), however colonic biopsies for measurements of colonic crypt depth were obtained from these patients. Crypt depth increased in four of five sets of colonic biopsies following teduglutide treatment, but the mean increase of 13±22% did not reach statistical significance (p=0.330) and the increase in mitotic index was not significant (76±112%, p=0.170). Most changes in intestinal absorption and histology related to teduglutide treatment had reversed at follow-up.

Discussion

The main findings in this study were the considerable effects of the GLP-2 receptor agonist, teduglutide ([Gly2] hGLP-2), on reducing intestinal wet weight excretion and improving wet weight absorption in SBS patients. These effects were even seen with the SBS patients with colon-in-continuity, most of whom had increased endogenous GLP-2 concentrations. The 10 end-jejunostomy SBS patients had significantly increased absolute (788±551 g/day, p<0.01) and relative (20±18%, p<0.01) wet weight absorption, increased urine production of 680±535 g/day (p<0.01) and decreased fecal wet weight excretion of 682±911 g/day (p<0.05). Effects of equal magnitude were seen in SBS patients with ≧50% colon-in-continuity: significantly increased absolute (751±328 g/day, p<0.001) and relative (26±16%, p<0.05) wet weight absorption, increased urine production of 461±200 g/day (p<0.01) and decreased fecal wet weight excretion of 822±341 g/day (p<0.01). These remarkable effects were seen in steady-state SBS patients, who were optimally treated with conventional antisecretory and anti-diarrheal medication.

The effects of teduglutide on wet weight absorption were almost two-fold those observed in the pilot study of another GLP-2 receptor agonist, native GLP-2, for 35 days (420±480 g/day, p=0.040), conducted in patients with similar baseline wet weight absorption. This greater effect could be related to differences in dose and half-life of GLP-2 and teduglutide, respectively. In the pilot study with native GLP-2, 400 μg was given twice daily (corresponding to 0.013±0.002 mg/kg/day, a range of 0.011-0.017 mg/kg/day). The teduglutide doses in the current study were 3-10 times higher, ranging from 0.03 to 0.15 mg/kg/day. Replacement of alanine by glycine in position 2 of GLP-2 blocks degradation by DPP-IV, extending the half-life from approximately seven minutes (GLP-2) to approximately 0.9 to 2.3 hours (teduglutide). If area under the curve (AUC) is critical for the wet weight absorption effect,

10

the AUC during teduglutide treatment may well be 200 times greater than the AUC when using native GLP-2. In this study, effects of teduglutide on energy and macronutrient absorption were minor compared to effects on wet weight absorption. Although decreases in the fecal energy excretion of 532±1703 kJ/d, (p>0.05) and 1343±916 (p<0.05) were demonstrated in SBS patients with end-jejunostomy and colon-in-continuity, respectively, this did not translate into significant increases in absolute or relative energy absorption. Nonetheless, the effect of teduglutide on absolute energy absorption is 1.5 to 4-fold higher than with native GLP-2 (441±634 kJ/day ([105±151 kcal/day] p=0.09) at the given doses and treatment periods. Thus, in contrast to H₂-receptor antagonists, proton-pump inhibitors and octreotide that only affect wet weight absorption, native GLP-2 and teduglutide seem to affect both intestinal wet weight and energy absorption, with an additional positive effect on wet weight absorption in patients already treated with these non-GLP-2 agonists.

Several physiological mechanisms may account for the positive effects seen on intestinal absorption with teduglutide treatment. SBS patients with end-jejunostomy, who have limited or no endogenous meal-stimulated GLP-2 secretion, often suffer from gastric hypersecretion and rapid gastric emptying, at least initially after enterectomy. GLP-2 has been shown to diminish gastric acid secretion in sham-fed healthy humans and prolong gastric emptying in SBS patients. Therefore, it is likely that a pharmacological replacement may restore the physiological feedback, previously described as the ileal break mechanism. This is the first human study demonstrating the intestinotrophic properties of a GLP-2 analog. No other pharmacological agents have been able to promote a significant adaptation of this magnitude, possibly as a result of increasing the absorptive surface area of the intestine. In the SBS patients with end-jejunostomy, teduglutide significantly increased small intestine villus heights (38±45%, p=0.030), crypt depth (22±18%, p=0.010), and mitotic index (115±108, p=0.010).

The mechanisms regarding the effect of teduglutide in SBS patients with colon-in-continuity are more speculative. These patients have continuously high endogenous GLP-2 secretion, with normal gastric secretion and emptying. However, the supraphysiological doses of teduglutide may produce local high concentrations that suppress gastric secretion and induce small intestine growth. Small intestine biopsies were not obtained in these patients. In SBS patients with and without colon-in-continuity, an up-regulation of transport proteins is possible as described in animal studies.

Regardless of the exact physiological mechanism, increases in intestinal absorption in relation to treatments that improve intestinal adaptation would preferably be converted into positive effects regarding body weight or composition, hydration, physical activity, and ultimately, quality of life. The latter two points were not examined in either study quoted here. Body weight did not significantly increase following teduglutide treatment (0.9±2.1 kg, p=0.120).

The type and severity of adverse events will be an important issue when considering long-term treatment in SBS patients. In this population, the serious AEs were related to the underlying condition and the AEs were mainly related to the pharmacodynamic effects of teduglutide. The increase in intestinal wet weight absorption may contribute to peripheral edema, which can be treated by reducing parenteral volume.

The pharmacodynamics of teduglutide appear to be intestine-specific and the AEs are limited, therefore teduglutide may have a role in the long-term treatment of SBS patients.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

**11**

The 0.75 L of improved wet weight absorption has significant clinical implications for this SBS patient population (e.g., less PN or fewer days/weeks). Spending less time on parenteral infusions may be valuable for the quality of life in these patients. The non-PN dependent SBS patients may also be

**12**

candidates for this treatment. Many of these patients suffer from repeated episodes of dehydration, renal insufficiency and kidney stones. Increasing the wet weight absorption in these patients may diminish well-known complications of SBS.

TABLE 1

Patient Characteristics

| Patient ID | Dose mg/ kg/ day | Gender/ Age (years) | Diagnosis | Remnant small intestine (cm) and colon (%) (cm/%) | Baseline Fecal Weight (kg/d) | Baseline Fecal Energy (kJ/d) | Parenteral Fluid (g/day) | Parenteral Energy (kJ/day) | Dietary Compliance, Wet weight (%) | Dietary Compliance, Energy (%) | Group of Patients | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0.03 | F/56 | CD | 130/0 | 1826 | 2197 | 2700 | 0 | 0 | −9 | 1 | 2 | 4 | |
| 02 | 0.03 | M/56 | Stricture | 120/0 | 1348 | 2162 | 3500 | 712 | 74 | 72 | 1 | 2 | | |
| 03 | 0.03 | M/32 | CD | UNK/30 | 852 | 1597 | 1300 | 9440 | −10 | 73 | 1 | | | |
| 04 | 0.10 | M/37 | CD | UNK/0 | 4636 | 6275 | 2000 | 14312 | −31 | 15 | 1 | 2 | | |
| 05 | 0.10 | F/58 | MI | 40/0 | 4787 | 5988 | 3167 | 8150 | 5 | −13 | 1 | 2 | | |
| 06 | 0.10 | F/58 | CD | 70/0 | 4580 | 5599 | 3500 | 6180 | 3 | 4 | 1 | 2 | 4 | 5 |
| 07 | 0.10 | F/74 | Volvulus | 70/0 | 2787 | 4451 | 2667 | 4500 | −1 | 3 | 1 | 2 | 4 | 5 |
| 08 | 0.10 | F/48 | CD | 150/0 | 1807 | 5972 | 333 | 0 | 5 | 9 | 1 | 2 | 4 | 5 |
| 10 | 0.15 | F/47 | CD | 150/0 | 3683 | 10874 | 1000 | 858 | −2 | −2 | 1 | 2 | 4 | 5 |
| 11 | 0.15 | M/65 | CD | 145/0 | 2237 | 4206 | 3000 | 6750 | −5 | −21 | 1 | 2 | | |
| 12 | 0.15 | M/51 | CD | 90/0 | 4887 | 10273 | 1500 | 5629 | −1 | −18 | 1 | 2 | | 5 |
| 18C | 0.10 | F/63 | MI | 50/50 | 2843 | 8537 | 0 | 0 | −4 | −1 | 1 | 3 | 4 | |
| 19C | 0.10 | M/27 | CD | 70/75 | 2290 | 6240 | 3167 | 6760 | 2 | −2 | 1 | 3 | 4 | |
| 20C | 0.10 | F/39 | CD | 145/50 | 1893 | 5163 | 0 | 0 | −5 | −4 | 1 | 3 | 4 | |
| 21C | 0.10 | F/45 | CD | 110/75 | 1807 | 2865 | 0 | 0 | −1 | 1 | 1 | 3 | 4 | |
| 22C | 0.10 | M/36 | Injury | 25/50 | 2063 | 4880 | 2220 | 9540 | 4 | −7 | 1 | 3 | 4 | |

C~Patients with Colon-in-Continuity (all other patients had jejunostomies)

CD~Crohn's disease.

MI~Mesenteric Infarction.

Rec.~Resection of ileum, i.e., >80 Rec.: More than 80 cm of small intestine has been resected.

Dietary Compliance: The Difference between Oral intake of Wet-Weight in percent of Baseline intake.

UNK: unknown

TABLE 2

Wet Weight: Fecal Excretion, Absolute and Relative Absorption

| Wet Weight | Patient Groups | Total Patients (N) | Patients With Beneficial Effect | Baseline Day −3 to 0 Mean ± SD | Effect of Treatment (Treatment minus Baseline) mean ± SD | Effect at Follow up (Follow up minus Baseline) mean ± SD |
|---|---|---|---|---|---|---|
| Fecal (g/day) | 2. SBS Patients with End-Jejunostomy | 10 | 8 | 3258 ± 1410 | −682 ± 911* | 278 ± 496 |
| | 3. SBS Patients with ≧50% Colon | 5 | 5 | 2179 ± 415 | −822 ± 341** | −240 ± 426 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 2558 ± 938 | −769 ± 447*** | 93 ± 500 |
| Absorption (g/day) | 2. SBS Patients with End-Jejunostomy | 10 | 9 | 18 ± 1427 | 788 ± 551** | −218 ± 577 |
| | 3. SBS Patients with ≧50% Colon | 5 | 5 | 1613 ± 1503 | 751 ± 328** | 352 ± 525 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 1023 ± 1369 | 746 ± 436*** | 24 ± 576 |
| Absorption (% of intake) | 2. SBS Patients with End-Jejunostomy | 10 | 8 | −7 ± 64 | 20 ± 18** | −9 ± 16 |
| | 3. SBS Patients with ≧50% Colon | 5 | 5 | 31 ± 39 | 26 ± 16* | 17 ± 30 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 22 ± 34 | 23 ± 16** | 0 ± 27 |

Patients: 16 SBS Patients (11 with jejunostomy and 5 with colon in continuity). Patient No. 03 was thought to have had a jejunostomy, but was determined to have 30% colon and was excluded from the analysis. Effect of treatment: paired t-test; treatment versus baseline.

*$p < 0.05$,

**$p < 0.01$,

***$p < 0.001$.

Effect at follow up: paired t-test; follow up versus baseline, all non-significant $p > 0.05$.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

13

14

TABLE 3

| | | | | | Effect of Treatment | Effect at Follow up |
| | | | Total | Patients With | Baseline | (Treatment minus | (Follow up minus |
| | | | Patients | Beneficial | Day −3-0 | Baseline) | Baseline) |
| | Patient Groups | | (N) | Effect | Mean ± SD | mean ± SD | mean ± SD |
|---|---|---|---|---|---|---|---|
| | | Urine Wet Weight | | | | | |
| Wet Weight (g/day) | 2. SBS Patients with End-Jejunostomy | | 10 | 8 | 1257 ± 339 | 680 ± 535** | 11 ± 287 |
| | 3. SBS Patients with ≧50% Colon | | 5 | 5 | 1834 ± 663 | 461 ± 200** | −90 ± 281 |
| | 4. SBS Patients, High Dietary Compliance | | 10 | 10 | 1509 ± 595 | 725 ± 394*** | 30 ± 285 |

Patients: 16 SBS Patients (11 with jejunostomy and 5 with colon in continuity). Patient No. 03 was thought to have had a jejunostomy, but was determined to have 30% colon and was excluded from the analysis.
Effect of treatment: paired t-test; treatment versus baseline.
*p < 0.05,
**p < 0.01,
***p < 0.001.
Effect at follow up: paired t-test; follow up versus baseline, all non-significant p > 0.05.

TABLE 4

| | | | Total | Patients With | Baseline | Effect of Treatment (Treatment minus | Effect at Follow up (Follow up minus Baseline) |
| | | | Patients | Beneficial | Day −3-0 | Baseline) | |
| Energy | Patient Groups | | (N) | Effect | Mean ± SD | mean ± SD | mean ± SD |
|---|---|---|---|---|---|---|---|
| | | Energy: Fecal Excretion, Absolute and Relative Absorption | | | | | |
| Fecal (kJ/day) | 2. SBS Patients with End-Jejunostomy | | 10 | 8 | 5800 ± 2919 | −532 ± 1703 | 320 ± 1200 |
| | 3. SBS Patients with ≧50% Colon | | 5 | 4 | 5536 ± 2074 | −1343 ± 916* | −997 ± 1713 |
| | 4. SBS Patients, High Dietary Compliance | | 10 | 8 | 5678 ± 2539 | −1060 ± 1083* | −98 ± 1674 |
| Absorption (kJ/day) | 2. SBS Patients with End-Jejunostomy | | 10 | 6 | 5962 ± 3562 | 363 ± 2656 | −800 ± 2958 |
| | 3. SBS Patients with ≧50% Colon | | 5 | 5 | 7346 ± 2483 | 1027 ± 798* | 907 ± 1146 |
| | 4. SBS Patients, High Dietary Compliance | | 10 | 9 | 6449 ± 2099 | 963 ± 1290* | 452 ± 1211 |
| Absorption (% of intake) | 2. SBS Patients with End-Jejunostomy | | 10 | 6 | 50 ± 17 | 5 ± 20 | −6 ± 12 |
| | 3. SBS Patients with ≧50% Colon | | 5 | 5 | 57 ± 14 | 10 ± 7* | 10 ± 17 |
| | 4. SBS Patients, High Dietary Compliance | | 10 | 9 | 54 ± 14 | 8 ± 11* | 3 ± 16 |

Patients: 16 SBS Patients (11 with jejunostomy and 5 with colon in continuity). Patient No. 03 was thought to have had a jejunostomy, but was determined to have 30% colon and was excluded from the analysis.
Effect of treatment: paired t-test; treatment versus baseline.
*p < 0.05,
**p < 0.01,
***p < 0.001.
Effect at follow up: paired t-test; follow up versus baseline, all non-significant p > 0.05.

We claim:

1. A method for enhancing intestinal absorption in a patient with short bowel syndrome presenting with colon in continuity with remnant small intestine, comprising the steps of selecting for treatment a short bowel syndrome patient presenting with colon in continuity with remnant small intestine, and treating said patient with a GLP-2 receptor agonist using a dosing regimen effective to enhance intestinal absorption by said patient, wherein said GLP-2 receptor agonist is selected from the group consisting of a GLP-2 peptide, a GLP-2 analog, a derivatized GLP-2 peptide or a derivatized GLP-2 analog.

2. A method according to claim 1, wherein said patient has at least 25% colon in continuity with remnant small intestine.

3. A method according to claim 2, wherein said patient has at least 50% colon in continuity with remnant small intestine.

4. A method according to claim 3, wherein said patient has at least 75% colon in continuity with remnant small intestine.

5. A method according to claim 1, wherein said patient has colon sufficient to produce endogenous GLP-2 plasma levels of at least 5 pmol/L in the fed state.

6. A method according to claim 5, wherein said patient has colon sufficient to produce endogenous GLP-2 plasma levels of at least 10 pmol/L in the fed state.

7. A method according to claim 1, wherein said remnant small intestine has a length of at least 25 cm.

8. A method according to claim 7, wherein said remnant small intestine has a length of at least 50 cm.

9. A method according to claim 1, wherein said enhancement of intestinal absorption is a decrease in fecal wet weight.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 7,847,061 B2

15

**10**. A method according to claim **1**, wherein said enhancement of intestinal absorption is an increase in urine wet weight.

**11**. A method according to claim **1**, wherein said dosing regimen comprises daily administration of said GLP-2 receptor agonist.

**12**. A method according to claim **1**, wherein said dosing regimen comprises administration of said GLP-2 receptor agonist over a period of at least 21 days.

**13**. A method according to claim **1**, wherein said GLP-2 receptor agonist is a mammalian GLP-2.

16

**14**. A method according to claim **13**, wherein said GLP-2 receptor agonist is human GLP-2 .

**15**. A method according to claim **1**, wherein said GLP-2 receptor agonist is a GLP-2 analog.

**16**. A method according to claim **15**, wherein said GLP-2 receptor agonist is a human GLP-2 analog.

**17**. A method according to claim **15**, wherein said GLP-2 receptor agonist is [Gly2]hGLP-2.

**18**. A method according to claim **11**, wherein said GLP-2 receptor agonist is administered at a daily dose of from 5 to 500 ug/kg/day.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

# EXHIBIT C



U 7626679

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**March 15, 2017**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *9,060,992*
ISSUE DATE: *June 23, 2015*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



US009060992B2

## (12) United States Patent
### Sanguinetti et al.

(10) **Patent No.:** **US 9,060,992 B2**

(45) **Date of Patent:** **\*Jun. 23, 2015**

(54) **TREATMENT OF SHORT BOWEL SYNDROME PATIENTS WITH COLON-IN-CONTINUITY**

(75) Inventors: **Elizabeth Lemaire Sanguinetti**, Salt Lake City, UT (US); **Thomas B. Marriott**, Sandy, UT (US); **Jennifer Lopansri**, Salt Lake City, UT (US); **Consuelo Maria Blosch**, Mercer Island, WA (US)

(73) Assignee: **NPS Pharmaceuticals, Inc.,** Bedminster, NJ (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1032 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/938,117**

(22) Filed: **Nov. 2, 2010**

(65) **Prior Publication Data**

US 2011/0172152 A1 Jul. 14, 2011

**Related U.S. Application Data**

(62) Division of application No. 11/262,980, filed on Nov. 1, 2005, now Pat. No. 7,847,061.

(60) Provisional application No. 60/623,233, filed on Nov. 1, 2004.

(51) **Int. Cl.**
**A61K 35/38** (2006.01)
**C07K 14/575** (2006.01)
**A61K 38/26** (2006.01)

(52) **U.S. Cl.**
CPC .................................... **A61K 38/26** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,789,379 A | 8/1998 | Drucker et al. | | |
| 6,077,949 A | 6/2000 | Munrose et al. | | |
| 6,184,201 B1 * | 2/2001 | Drucker et al. | .............. | 514/11.7 |
| 7,411,039 B2 | 8/2008 | Thim et al. | | |
| 7,847,061 B2 * | 12/2010 | Sanguinetti et al. | .......... | 530/308 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1231219 | 8/2002 |
| WO | WO 9639031 | 12/1996 |
| WO | WO 9739091 | 10/1997 |
| WO | WO 9943361 | 9/1999 |
| WO | WO 0149314 | 7/2001 |
| WO | WO 02066511 | 8/2002 |
| WO | WO 2004035624 | 4/2004 |
| WO | WO 2004085471 | 10/2004 |

OTHER PUBLICATIONS

Jeppesen, et al., JPEN, 1999, 23, S101-S105.*
Jeppesen, et al., J. Nutr., 2003, 133, 3721-3724.*
Buchman, 2004, MedGenMed, 6(2), 10 pages.*
Sigalet, 2001, Current Opinion in Investigational Drugs, 2(4), 505-509.*
Burrin, Domestic Animal Endocrinology 24 (2003) 103-122.*
Retrieved from website: 'http://www.yourdictionary.com/negligible' 1 page, retrieved on Jun. 9, 2014.*
Ferrone, et al., "Teduglutide for the treatment of short bowel syndrome", The Annals of Pharmacotherapy, 2006, vol. 40, No. 6, 1105-1109.
International Preliminary Report on Patentability and Written Opinion issued in International Application No. PCT/US2005/039222 dated May 1, 2007.
International Search Report issued in International Application No. PCT/US2005/039222 dated Jul. 17, 2006.
Jeejeebhoy, "Short bowel syndrome: a nutritional and medical approach", CMAJ, 2002, 166(10) 1297-1302.
Jeppesen, et al., "Impaired meal stimulated glucagon-like peptide 2 response in Ileal resected short bowel patients with intestinal failure", Gut, 45:559-563, 1999.
Jeppesen, et al., "Elavated plasma glucagon-like peptide 1 and 2 concentrations in Ileum resected short bowel patients with a preserved colon", Gut, 47:370-376, 2000.
Jeppesen, et al., "Glucagon-like peptide 2 improves nutrient absorption and nutritional status in short bowel-patients with no colon", Gastroenterology, vol. 120, No. 4, 2001, 806-815.
Jeppesen, et al., "ALX-600, a dipeptidyl peptidase-IV resistant glucagon-like peptide-2 (GLP-2) analog, improves intestinal function in short bowel syndrome (SBS) patients with a jejunostomy", Database Biosis (Online) Biosciences Information Service, Philadelphia, PA, Apr. 2002, Database accession No. PREV200200518922.
Jeppesen, et al., "Teduglutide (ALX-0600), a dipeptidyl peptidase IV resistant glucagon-like peptide 2 analogue, improves intestinal function in short bowel syndrome patients", Gut, vol. 54, No. 9, 2005, 1224-1231.
Office Action issued in U.S. Appl. No. 11/262,980 dated Nov. 1, 2006.
Office Action issued in U.S. Appl. No. 11/262,980 dated May 15, 2007.
Office Action (final) issued in U.S. Appl. No. 11/262,980 dated Feb. 4, 2008.
Office Action issued in U.S. Appl. No. 11/262,980 dated Oct. 29, 2008.
Office Action issued in U.S. Appl. No. 11/262,980 dated Aug. 4, 2009.
Request for Continued Examination filed in U.S. Appl. No. 11/262,980 filed Aug. 4, 2008.
Response to Office Action filed in U.S. Appl. No. 11/262,980 filed Mar. 1, 2007.
Response to Office Action filed in U.S. Appl. No. 11/262,980 filed Nov. 15, 2007.
Response to Office Action filed in U.S. Appl. No. 11/262,980 filed Apr. 29, 2009.
Response to Office Action filed in U.S. Appl. No. 11/262,980 filed Jan. 4, 2010.

(Continued)

*Primary Examiner* — Satyanarayana R Gudibande

(74) *Attorney, Agent, or Firm* — Stoel Rives LLP

(57) **ABSTRACT**

Intestinal absorption is enhanced in short bowel syndrome patients presenting with colon-in-continuity by treatment with a GLP-2 receptor agonist, such as teduglutide.

**26 Claims, 2 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

## US 9,060,992 B2

Page 2

(56)          **References Cited**

OTHER PUBLICATIONS

Response to Restriction Requirement filed in U.S. Appl. No. 11/262,980 filed Oct. 11, 2006.
Restriction Requirement issued in U.S. Appl. No. 11/262,980 issued Sep. 11, 2006.
Scott, et al., "GLP-2 Augments the adaptive response to massive intestinal resection in rat", Am. J. Physiol. (Gastrointestinal Liver Physiology 38): G911-G921, 1988.

Yang, et al., "Novel Agents in the treatment of intestinal failure: humoral factors", Gastroenterology, vol. 130, No. 2, 2006, S117-S121.
Teduglutide, (online), NPS Pharmaceuticals, Oct. 3, 2003, accessed May 16, 2011, http://replay.web.archive.org/20031003111216/ http://www.npsp.com/drug_development/dd_alx0600.php.


* cited by examiner

**Copy provided by USPTO from the PIRS Image Database on 03/10/2017**

**U.S. Patent**          Jun. 23, 2015          Sheet 1 of 2          US 9,060,992 B2

## Figure 1.



## Figure 2.



Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

**1**

## TREATMENT OF SHORT BOWEL SYNDROME PATIENTS WITH COLON-IN-CONTINUITY

### FIELD OF THE INVENTION

This invention relates to products and methods useful medically to treat patients presenting with short bowel syndrome. More particularly, the invention relates to glucagon-like peptide 2 (GLP-2) and other GLP-2 receptor agonists effective to improve intestinal function particularly in patients presenting with short bowel syndrome with colon-in-continuity.

### BACKGROUND TO THE INVENTION

The estimated prevalence of short bowel syndrome (SBS) patients with non-malignant disease requiring home parenteral nutrition (HPN) is at least 40 per million of the U.S. population. SBS usually results from surgical resection of some or most of the small intestine for conditions such as Crohn's disease, mesenteric infarction, volvulus, trauma, congenital anomalies, and multiple strictures due to adhesions or radiation. Surgical resection may also include resection of all or part of the colon. SBS patients suffer from malabsorption that may lead to malnutrition, dehydration and weight loss. Some patients can maintain their protein and energy balance through hyperphagia; more rarely they can sustain fluid and electrolyte requirements to become independent from parenteral fluid.

Although long-term parenteral nutrition (PN) is life saving in patients with intestinal failure, it is expensive, impairs quality of life and is associated with serious complications such as catheter sepsis, venous occlusions and liver failure. Treatments that amplify absolute intestinal absorption, and eliminate or minimize the need for PN have great potential significance to SBS patients.

The endogenous meal-stimulated hormone, glucagon-like peptide-2 (GLP-2), raises considerable interest for SBS patients. GLP-2 functions to slow gastric emptying, reduce gastric secretions, increase intestinal blood-flow and stimulate growth of the small and large intestine. In animal studies, GLP-2 administration induces mucosal epithelial proliferation in the stomach and small and large intestine by stimulation of crypt cell proliferation and inhibition of enterocyte apoptosis.

SBS patients with end-jejunostomy and no colon have low basal GLP-2 levels and limited meal-stimulated GLP-2 secretion due to removal of GLP-2 secreting L-cells, which are located primarily in the terminal ileum and colon. This GLP-2 deficiency results in a minimal adaptive response following resection and could explain the gastric hypersecretion, rapid intestinal transit and lack of intestinal adaptation observed in these SBS patients.

Jeppesen et al. (Gastroenterology 2001; 120:806-815) have described positive benefit in an open-label study using pharmacologic doses of native GLP-2 in SBS jejunostomy patients. There was significant improvement in intestinal wet weight absorption and a more modest improvement in energy absorption that led to an increase in body weight, lean body mass and a rise in urinary creatinine excretion.

In contrast, SBS patients with colon-in-continuity have elevated basal endogenous GLP-2 levels resulting in an adaptive response to resection characterized by improved wet weight gain and energy absorption. The potential for added

**2**

benefit of pharmacologic doses of GLP-2 receptor agonists in these patients is not obvious and has not been studied.

### SUMMARY OF THE INVENTION

It has now been determined that intestinal absorption is enhanced in SBS patients presenting with colon-in-continuity when those patients are treated with a GLP-2 receptor agonist.

Thus, in one aspect, the present invention provides a method for enhancing intestinal absorption in a patient with short bowel syndrome, comprising the steps of selecting for treatment a short, bowel syndrome patient presenting with at least about 25% colon in continuity with remnant small intestine, and treating said patient with a GLP-2 receptor agonist to enhance intestinal absorption by said patient.

In a related aspect, the present invention provides for the use of a GLP-2 receptor agonist in the preparation of a medicament for enhancing intestinal absorption in short bowel syndrome patients presenting with at least about 25% colon in continuity with remnant small intestine.

In a preferred embodiment, the GLP-2 receptor agonist is [Gly2]hGLP-2, known as teduglutide.

### BRIEF REFERENCE TO THE DRAWINGS

Embodiments of the invention are now described with reference to the accompanying drawings in which:

FIG. **1** illustrates results measured in terms of fecal wet weight, intestinal wet weight absorption and urine weight in the individual patients at Baseline (Days—3 to 0), during treatment (Days 18 to 21), and at follow-up (Days 39 to 42).

FIG. **2** illustrates results measured in terms of fecal energy excretion and intestinal absorption in the individual patients at Baseline (Days—3 to 0), during treatment (Days 18 to 21), and at follow-up (Days 39 to 42).

### DETAILED DESCRIPTION

The positive effect of GLP-2 receptor agonists on intestinal absorption in SBS patients that retain at least some, e.g., >25%, of their colon is particularly surprising. These patients have essentially retained GLP-2 producing tissue and, indeed, show elevated basal levels of the endogenous GLP-2 that can be as high as meal stimulated levels in normal, healthy individuals and that, in normal individual, is responsible for maintenance of the intestinal lining required for intestinal absorption. There is nevertheless significant clinical benefit for these patients, manifest principally as enhanced intestinal absorption as indicated by increased absolute wet weight absorption, when they are treated in accordance with the present method.

More particularly, patient candidates for the present treatment are those presenting with SBS resulting from small intestine resection which may be secondary to Crohn's disease, vascular ischemic disease, malrotation or volvulus, trauma, congenital anomalies, or multiple strictures due to adhesions or radiation and who require parenteral nutrition to meet their needs. As patients presenting with short bowel syndrome, such patients typically retain, following resection, a length of small intestine that is within the range from at least about 25 cm and at most about 200 cm., e.g., from about 50-150 cm. Such SBS patients include those patients presenting with jejunostomy, in which part of the jejunum is resected and generally all of the ileum, and/or ileostomy in which part

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

**3**

of the ileum is resected and the jejunum may or may not be present. SBS patients with jejunostomy or ileostomy generally do not have any remaining colon, but if they do, it is not in continuity with the remnant small intestine.

SBS patients selected for treatment by the present method are those who retain, in continuity with remnant small intestine, at least some length of their colon, such as at least about 25%, and desirably 30%, 35%, 40%, 45% and preferably at least 50%, 60%, 70%, 80%, 90% or more. The remaining length of colon typically will be determined from the surgical records of a patient candidate. Expressed in other terms, preferred candidates for the present treatment are short bowel syndrome patients who retain colon sufficient to produce endogenous GLP-2 at levels that are at least greater than the negligible levels produced by patients with no colon, and ideally are similar to those GLP-2 levels produced by healthy volunteers. Endogenous GLP-2 levels for normal, healthy individuals are 15±2 pmol/L fasted, and 61±19 pmol/L fed. Candidates for the present treatment thus are SBS patients that retain sufficient functional colon to produce at least about 10%, 20%, 30%, 40%, 50% or more of such levels in the fed state, e.g., at least about 5 pmol/L fed, and desirably 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65 and 70 pmol/L endogenous GLP-2 in the fed state.

In a preferred embodiment, treatment candidates are those short bowel syndrome patients who retain at least 50% or more of colon length in continuity with remnant small intestine. Such a treatment candidate is identified herein as a patient with ≥50% colon-in-continuity. In other preferred embodiments, the SBS patient with colon in continuity has a remnant small intestine at least about 50 cm in length which, desirably but not essentially, incorporates at least a portion of the ileum.

The patients can be selected for treatment by the present method at any time following the surgical resection. That is, patients that are undergoing adaptation, as well as those who have had sufficient time to adapt following the surgery, are acceptable treatment candidates.

Treatment of short bowel syndrome patients presenting with colon-in-continuity, in accordance with the present method, is effective to enhance intestinal absorption, particularly of fluid including water and salts, but including nutrients as well. This effect is revealed particularly as a treatment-mediated, statistically significant increase in absolute wet weight absorption, which is determined by subtracting fecal wet weight from diet wet weight using a vigorous nutrient absorption test. The effect of treatment is also generally seen as a reduction in fecal wet weight, an increase in urine wet weight, a reduction in energy excretion (measured as herein described), and in other respects noted in the examples herein.

The present treatment method entails dosing the selected patient with a GLP-2 receptor agonist using a treatment regimen effective to enhance intestinal absorption. Such GLP-2 receptor agonists are characterized as molecules that bind with, preferably selectively, and stimulate the human GLP-2 receptor, as reported by Monroe et al. in U.S. Pat. No. 6,077,949 issued Jun. 20, 2000, incorporated herein by reference. Briefly, GLP-2 receptor agonists are revealed as agents that trigger production of, or trigger an elevation in the level of, a second messenger coupled to the human GLP-2 receptor, when exposed to a host cell that produces that receptor naturally or is transfected with DNA encoding that receptor.

In one embodiment of the invention, the GLP-2 receptor agonist is human GLP-2. In other embodiments, the GLP-2 receptor agonist is a vertebrate, e.g., mammalian, homolog of human GLP-2. Thus, GLP-2 receptor agonists useful in embodiments of the present invention include GLP-2 having

**4**

the sequence found in GLP-2 endogenous to human, cow, pig, primate, sheep, rodents including mouse, rat, degu and the like, and other vertebrate species.

In other embodiments, the GLP-2 receptor agonist is an analog of human GLP-2, which incorporates at least one, and usually not more than 5, e.g., 1, 2 or 3, amino acid substitutions or additions, and may also have a C-terminal truncation of from 1 to 5 or more amino acids.

In a preferred embodiment, the GLP-2 receptor agonist is a GLP-2 peptide analog that is altered to prolong serum half-life. In a particularly preferred embodiment, the GLP-2 peptide incorporates an amino acid substitution that renders the peptide resistant to the endogenous enzyme dipeptidyl peptidase IV (DPP-IV). Such analogs incorporate an appropriate substitution of the Ala2 residue desirably, but not essentially, by a genetically encoded amino acid, to permit recombinant production of the desired protein. Amino acids that can usefully substitute at Ala2 to provide GLP-2 analogs that retain GLP-2 receptor agonist activity and are less susceptible to DPP-IV include GLy, D-Ala, Val, Glu, Lys, Arg, Leu and Ile. Still other GLP-2 analogs include those substituted at Met10 by an amino acid that is less sensitive to oxidation.

In alternative embodiments, the GLP-2 peptide, or GLP-2 peptide analog is derivatized, for instance at an internal or substituted lysine, to prolong serum half-life by conjugation with lipophilic groups, with polyethylene glycol groups, with albumin or with any other functional group having the desired effect of reducing the rate at which the peptide is degraded endogenously following its administration. Such derivatized forms may be derivatized analogs of GLP-2, which carry substitutions, such as conserved or non-conserved lysine substitutions, having no appreciable negative effect on GLP-2 receptor activation but allowing for conjugation of the desired functional group. It will be appreciated that these derivatized forms of GLP-2 or of GLP-2 analogs are considered to be GLP-2 receptor agonists if they exert their endogenous effect through the GLP-2 receptor after administration, even if this GLP-2 receptor agonist property is not displayed while in the pro-drug, pre-administration form.

A wide variety of useful active GLP-2 analogs and derivatives have been described in the literature, as revealed in U.S. Pat. No. 5,789,379 issued Jun. 20, 2000 and related WO97/39031 published Oct. 23, 1997 which teach site-specific GLP-2 analogs; in WO02/066511 published Aug. 27, 2003 which teaches albumin-derivatized forms of GLP-2 and analogs, and in WO99/43361 published Oct. 14, 1999, WO04/035624 published Apr. 29, 2004 and WO04/085471 published Oct. 7, 2004 which describe lipophilic-derivatized forms of GLP-2 and analogs.

In a particularly preferred embodiment of the present invention, the GLP-2 receptor agonist is [Gly2]hGLP-2, known as teduglutide.

The dosing regimen effective to treat the SBS patients with colon-in-continuity entails delivering the selected GLP-2 receptor agonist to the patient for a time and at a dose sufficient to enhance intestinal absorption. As noted in the examples herein, and according to a preferred embodiment of the present invention, one suitable treatment regimen entails once daily administration of teduglutide, by subcutaneous injection in the abdomen, thigh or arm, at a dose in the range from 30 to 150 ug/kg/day for a period of about 21 days. It is anticipated that effective daily doses of teduglutide, as well as human GLP-2 per se and other GLP-2 receptor agonist with comparable properties, will lie generally in the broader range from about 5 to 500 ug/kg/day e.g., from 10 to 400 ug/kg/day, such as 20 to 300 ug/kg/day.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

5

It will be appreciated from these results that a similarly beneficial effect can be expected when using either teduglutide, or when using a related GLP-2 receptor agonist, in an alternative dosing schedule. With respect to teduglutide per se, administration twice daily or still more frequently can be beneficial. Twice daily (every 12 hours) dosing usefully delivers about 5 to 250 ug/kg/dose. Benefits can also accrue to schedules that entail shorter or, more desirably, longer term dosing, such as from about 14 days to many months or even years. Maintenance dosing also is desirable, in which patients receive either continued or follow up dosing. Follow-up dosing usefully occurs at regular frequencies such as weekly, biweekly, every month, every three months, etc. Continued dosing usefully provides to the patient a dose efficient to maintain the benefits of increased absorptive surface area with increased intestinal absorption that arise from initial treatment, and can be effected by dosing the patient at least once within every 1-28 days, e.g., every other day, 2-3 times per week, once per week, etc. Continued or follow-up dosing can be important to preserve the medical benefits mediated by the GLP-2 receptor agonist; as noted in the examples, improvements in intestinal absorption following treatment with teduglutide for instance, can be lost rapidly, for example within four weeks following cessation of dosing.

The teduglutide dosing regimen herein described is useful to determine effective dosing schedules for other GLP-2 receptor agonists for which pharmacokinetics properties are either already known or can be determined, by relating pharmacologic, pharmacokinetic and pharmacodynamic properties, in accordance with standard practise in drug development.

It will be appreciated that the route of administration, and the particular dosage form of the GLP-2 receptor agonist, will be chosen to preserve and desirably optimize the effect of the drug. Administration by injection, such as subcutaneous, intramuscular, intravenous, etc., is suitable. Alternatively, the drug may be administered by infusion or by any other route that delivers the drug to the target site on the serosal side of the intestinal tissue, such as by depot injection. If delivered by injection, the drug can be formulated as a lyophilized powder for reconstitution by the user, and as either unit or multiple doses. One formulation of teduglutide, for instance, is described in WO01/49314 published Jul. 12, 2001, and provides a powder for reconstitution in which teduglutide is present with L-histidine, mannitol and sodium phosphate. This is usefully provided as a 3 mL glass vial containing 10 mg teduglutide, for reconstitution with 1 mL water for injection and self-administration. An alternative formulation provides 10 mg of teduglutide in a smaller volume of aqueous vehicle, such as 0.5 mL water for injection.

Most suitably, the chosen treatment parameters, including choice of GLP-2 receptor agonist, and dosing schedule, are selected to provide optimal enhancement of intestinal absorption, e.g. to provide for an increase in the volume of fluid and the nutrients absorbed by the patient, which is revealed for instance as a decrease of at least about 5%, 10%, 15%, 20% or more in fecal wet weight, and/or an increase of at least about 5%, 10% or more in urine weight.

Embodiments of the invention are exemplified below:
Patients

Study subjects were recruited from centers in the U.S. and Denmark that care for patients receiving PN. All patients had undergone extensive resection of the small intestine without any surgical resection of the stomach, duodenum or pancreas.

Study inclusion criteria were: Over 18 years of age; diagnosis of SBS that could be secondary to Crohn's disease, volvulus, injury or vascular ischemia, remnant small intestine

6

of 150 cm or less; no clinical evidence of active inflammatory bowel disease (IBD) or fistulas; no history of radiation enteritis, or sprue; no alcohol or drug abuse; no significant renal, hepatic or cardiac diseases; no glutamine for at least four weeks prior to screening; no growth factors or participation in any clinical trial within three months of screening (except use of teduglutide in patients in the rechallenge group). SBS patients with ≥50% colon-in-continuity had a demonstrated fecal weight exceeding 1 kg/day and fecal energy loss exceeding 2 MJ/day [478 Kcal/day].

Women of childbearing age had to have a negative blood β-human chorionic gonadotropin test before inclusion in the study and used effective contraceptives during the study. Usual medications such as proton pump inhibitors, codeine, loperamide, and oral and parenteral supplements were kept constant. Local Ethics Committees or Institutional Review Boards approved the protocol. Procedures were in accordance with ethical standards of the Helsinki Declaration of 1964 as modified by the 48th World Medical Association in 1996. Each eligible patient signed an informed consent form prior to study.
Study Protocol

This was an open-label, pilot study to determine the safety and effect of teduglutide in patients with short bowel syndrome (SBS). The patient's history was reviewed and a physical examination performed to determine eligibility before inclusion in the study. Estimated residual small intestine and colon lengths were determined by reviewing operative reports and available radiographic studies. Eligible patients were admitted as inpatients to hospital wards or General Clinic Research Centers (GCRC) on three separate occasions, 18 days apart, for the last four days and three nights of the baseline period and at the end of the treatment and follow-up periods. Treatment consisted of recombinant teduglutide (supplied by NPS Allelix, Mississauga, ON, Canada) formulated as a lyophilized powder with L-histidine, mannitol, and monobasic and dibasic sodium phosphate (Lot 8502901). Water was added to reconstitute the drug for administration by subcutaneous (s.c.) injections in the abdomen or thigh. Ten SBS patients with jejunostomy received 0.03 mg/kg/d, 0.10 mg/kg/d or 0.15 mg/kg/d once daily for 21 days. Five SBS patients with ≥50% colon-in-continuity received teduglutide 0.10 mg/kg/d once daily for 21 days. During each inpatient period, patients underwent 72-hour nutrient balance and D-Xylose absorption studies, and a proximal or distal endoscopy to ascertain the condition of the intestinal mucosa and obtain biopsy samples. In jejunostomy patients, biopsies were obtained through the jejunostomy stoma or by upper gastrointestinal endoscopy. In patients with colon-in-continuity, colo-rectal biopsies were obtained. Teduglutide treatment began on Day 1 (immediately after the baseline period) and continued once-daily for 21 days. On the first and last day of dosing, all patients had blood collections for plasma levels and pharmacokinetic parameters and to test for any antibodies to teduglutide or E. coli protein. Patients were monitored for safety (adverse events, physical exams, vital signs, ECGs, laboratory results, and injection site examinations) during the inpatient periods and during outpatient visits on days 7 and 14.

The 72-hour nutrient balance studies were completed with each patient eating their usual diet, calculated from a seven-day food diary completed by the patient during the screening period. It was intended that patients eat the same quantity and quality of food and beverages during each admission. During the 72-hour balance periods, all oral intake (duplicate meals and beverages and declined food), fecal/stomal output, and urine were collected and weighed. All stool samples were

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

7

refrigerated during the collection period. Stools and diets were separately homogenized and analyzed for energy content (by bomb calorimetry), nitrogen (by the macro-Kjeldahl's method), fat (by the gravimetric technique), and sodium and potassium (by atomic absorption).

D-Xylose was used to test intestinal carbohydrate absorption. After an overnight fast, patients drank a test solution of 25 g D-Xylose in 200-mL distilled water over a 2-3 minute period. A blood sample was taken at two hours and urine collected for 5-hours following ingestion.

Morphological Analysis

Endoscopic examinations were performed in each subject at the completion of baseline, treatment and follow-up phases. All tissue samples for measurement of villus height and crypt depth were prepared and analyzed in a blinded fashion by the same pathologist. Villus height and crypt depth were measured using light microscopy (eyepiece micrometer) as the mean of ten well-oriented villi and crypts. The number of mitotic figures per 100 crypt epithelial cells was calculated.

Statistics

Using the SAS (Version 8.2; SAS Institute, Cary, N.C.) statistical program, a Student's paired t test was employed that compared treatment to baseline values, and follow-up to baseline values. No comparisons were made between patients on different doses or with different anatomy due to the limited number of patients in the study. Data are expressed as mean±SD. A value of $p<0.05$ was considered significant.

Results

Patients

Sixteen SBS patients (nine females, seven males) enrolled in this open-label, multicenter, dose-ranging pilot study and received teduglutide. Four U.S. sites recruited 6 patients and one Danish site recruited 10 patients. The baseline characteristics of these 16 patients treated are given in Table 1. These patients were subdivided into an end-jejunostomy group of 10 (Group 2) and ≥50% colon-in-continuity group of 5 (Group 3). There were originally 11 jejunostomy patients, but patient 03 was found on biopsy to have a remnant segment of colon, later estimated to be 30%. This individual was not included in any subgroup analysis. As judged from analysis of duplicate meals adjusted for declined food, some patients had better dietary consistency than others. Patients who had an oral food intake where the dietary wet weight and energy content at treatment did not differ more than 10% from baseline values were termed "high dietary compliance". Ten patients had a high dietary compliance (<10% variability from baseline value), 5 with end jejunostomy and 5 with ≥50% colon-in-continuity (Group 4).

The demographics of the two groups of SBS patients, those with end jejunostomy and those with colon-in-continuity, were similar with ages ranging from 27-74 years, weights ranging from 38.9-79.2 kg, heights ranging from 158-180 cm, BMI ranging from 15.0-26.9 kg/m², years since last intestinal resection ranging from 2.4-20 years (except one patient 0.9 years post-resection, whose results were similar to others who received 0.15 mg/kg/day), and remnant jejunum lengths ranging from 25-150 cm. The causes for intestinal resection were Crohn's disease (11), mesenteric infarction (2), volvulus (1), stricture (1), and trauma (1). Twelve of the 16 SBS patients used anti-diarrheal medications, and 14 patients used anti-secretory medications, including one that took octreotide. Of the 15 patients who had evaluable data, 3 patients with colon-in-continuity did not require either PN or fluids, 2 end jejunostomy patients required fluids only, and 10 patients required both PN and fluids (Table 1).

8

Compliance

Jejunostomy patient 03, who was found to have a segment of colon-in-continuity, and patient 20, known to have colon-in-continuity, did not complete the follow-up period. Drug compliance (counting the number of returned vials) was complete in all patients participating during the nutrient balance periods. During the 21 day treatment period, drug compliance was complete, except in one patient with colon-in-continuity, who administered the full dose for 15 days, half-doses for two days, and no dose for four days.

Safety Results

All patients were monitored for safety. There were no deaths and no withdrawals due to adverse events (AEs). Two patients with evaluable data reported a serious AE of catheter-related infection or catheter-related complication following dosing. None of these were judged to be related to teduglutide. The incidence of AEs was similar between groups. The most common AEs were edema of the lower limbs, and localized swelling of the jejunostomy nipple. Other AEs included headache and abdominal pain. Three patients had minor injection site reactions (single events of bruising, induration, rash; four events of erythema). No clinically significant abnormal laboratory values were identified in relation to teduglutide treatment. No safety concerns were raised from vital signs or ECGs. No antibodies to teduglutide were detected. One patient had a relative *E. coli* protein antibody titer of 1:1624, and six patients had relative titers between 1:107 and 1:228, after treatment.

Endogenous GLP-2 Levels

For patients with ≥50% colon-in-continuity, fasting concentrations of endogenous GLP-2 were measured prior to administration of teduglutide. For four of the five subjects, their concentrations were between the mean levels for fasted and fed healthy volunteers (fasted (15±2 pmol/L) and fed (61±9 pmol/L)), measured as described by Hartmann et al. (Peptides 21 2000; 73-80, incorporated herein by reference). The levels for the five subjects were 16, 27, 37, 41, and 73 pmol/L.

Effects of Teduglutide

Wet Weight

FIG. **1** illustrates fecal wet weight, intestinal wet weight absorption and urine weight in the individual patients in Groups 2 and 3 at baseline, during treatment and at follow-up. A 21-day treatment with teduglutide significantly decreased fecal wet weight, compared to baseline, in each subgroup (Groups 2 and 3; Table 2). The decrease was similar in those with end jejunostomy (Group 2, 682±911 g/d, p=0.040) and those with colon-in-continuity (Group 3, 822±341 g/d, P=0.006). Absolute wet weight absorption was obtained by subtracting fecal wet weight from diet wet weight. Teduglutide increased absolute wet weight absorption in all 15 SBS patients compared to baseline. These increases were significant for all groups and closely reflected the decreases in fecal output. The absolute wet weight absorption increased as a percent of intake in 13 of 15 SBS patients. The increase in the relative absorption was similar for SBS patients with end jejunostomy (Group 2, 20±18%, p=0.007) and those with ≥50% colon-in-continuity (Group 3, 26±16%, p=0.023). As expected from increases in intestinal wet weight absorption, teduglutide increased urine weight in 13 of 15 SBS patients. Similar increases were seen in those patients with end-jejunostomy (Group 2, 680±535 g/d, p=0.003) and those with ≥50% colon-in-continuity (Group 3, 461±200 g/d, p=0.007).

Energy

FIG. **2** illustrates fecal energy excretion and intestinal energy absorption in the individual patients at baseline, during treatment and at follow-up. Compared to baseline, the 12

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

**9**

of 15 SBS patients had significant decreases in energy excretion on teduglutide. This reduction was more pronounced in those with colon-in-continuity (Group 3, 1343±916 kJ/d, p=0.031) and those with high dietary compliance (Group 4, 1060±1083 kJ/d, p=0.013) than those with end jejunostomy (Group 2, 532±1703 kJ/d, p>0.05). Significant effects were also seen with improved energy absorption (Group 3, 1027±798 kJ/d, p=0.045; Group 4, 963±1290 kJ/d, p=0.043) and relative energy absorption (Group 3, 10±7%, p=0.030; Group 4, 8±11%, p=0.040).

Biopsies

Significant histological changes in relation to teduglutide treatment were seen in the jejunum in 7 of the 8 Group 2 patients who were biopsied. There was an increase in villus height (38±45%, p=0.030), crypt depth (22±18%, p=0.010), and mitotic index (115±108%, p=0.010). These results indicate structural changes corresponded with observed improved absorption. Small intestine biopsies were not obtained from patients with colon-in-continuity (Group 3), however colonic biopsies for measurements of colonic crypt depth were obtained from these patients. Crypt depth increased in four of five sets of colonic biopsies following teduglutide treatment, but the mean increase of 13±22% did not reach statistical significance (p=0.330) and the increase in mitotic index was not significant (76±112%, p=0.170). Most changes in intestinal absorption and histology related to teduglutide treatment had reversed at follow-up.

Discussion

The main findings in this study were the considerable effects of the GLP-2 receptor agonist, teduglutide ([Gly2] hGLP-2), on reducing intestinal wet weight excretion and improving wet weight absorption in SBS patients. These effects were even seen with the SBS patients with colon-in-continuity, most of whom had increased endogenous GLP-2 concentrations. The 10 end jejunostomy SBS patients had significantly increased absolute (788±551 g/day, p<0.01) and relative (20±18%, p<0.01) wet weight absorption, increased urine production of 680±535 g/day (p<0.01) and decreased fecal wet weight excretion of 682±911 g/day (p<0.05). Effects of equal magnitude were seen in SBS patients with ≥50% colon-in-continuity: significantly increased absolute (751±328 g/day, p<0.001) and relative (26±16%, p<0.05) wet weight absorption, increased urine production of 461±200 g/day (p<0.01) and decreased fecal wet weight excretion of 822±341 g/day (p<0.01). These remarkable effects were seen in steady-state SBS patients, who were optimally treated with conventional antisecretory and anti-diarrheal medication.

The effects of teduglutide on wet weight absorption were almost two-fold those observed in the pilot study of another GLP-2 receptor agonist, native GLP-2, for 35 days (420±480 g/day, p=0.040), conducted in patients with similar baseline wet weight absorption. This greater effect could be related to differences in dose and half-life of GLP-2 and teduglutide, respectively. In the pilot study with native GLP-2, 400 µg was given twice daily (corresponding to 0.013±0.002 mg/kg/day, a range of 0.011-0.017 mg/kg/day). The teduglutide doses in the current study were 3-10 times higher, ranging from 0.03 to 0.15 mg/kg/day. Replacement of alanine by glycine in position 2 of GLP-2 blocks degradation by DPP-IV, extending the half-life from approximately seven minutes (GLP-2) to approximately 0.9 to 2.3 hours (teduglutide). If area under the curve (AUC) is critical for the wet weight absorption effect, the AUC during teduglutide treatment may well be 200 times greater than the AUC when using native GLP-2. In this study, effects of teduglutide on energy and macronutrient absorption were minor compared to effects on wet weight absorption. Although decreases in the fecal energy excretion of 532±1703 kJ/d, (p>0.05) and 1343±916 (p<0.05) were demonstrated in SBS patients with end jejunostomy and colon-in-continuity, respectively, this did not translate into significant

**10**

cant increases in absolute or relative energy absorption. Nonetheless, the effect of teduglutide on absolute energy absorption is 1.5 to 4-fold higher than with native GLP-2 (441±634 kJ/day ([105±151 kcal/day] p=0.09) at the given doses and treatment periods. Thus, in contrast to $H_2$-receptor antagonists, proton-pump inhibitors and octreotide that only affect wet weight absorption, native GLP-2 and teduglutide seem to affect both intestinal wet weight and energy absorption, with an additional positive effect on wet weight absorption in patients already treated with these non-GLP-2 agonists.

Several physiological mechanisms may account for the positive effects seen on intestinal absorption with teduglutide treatment. SBS patients with end-jejunostomy, who have limited or no endogenous meal-stimulated GLP-2 secretion, often suffer from gastric hypersecretion and rapid gastric emptying, at least initially after enterectomy. GLP-2 has been shown to diminish gastric acid secretion in sham-fed healthy humans and prolong gastric emptying in SBS patients. Therefore, it is likely that a pharmacological replacement may restore the physiological feedback, previously described as the ileal break mechanism. This is the first human study demonstrating the intestinotrophic properties of a GLP-2 analog. No other pharmacological agents have been able to promote a significant adaptation of this magnitude, possibly as a result of increasing the absorptive surface area of the intestine. In the SBS patients with end-jejunostomy, teduglutide significantly increased small intestine villus heights (38±45%, p=0.030), crypt depth (22±18%, p=0.010), and mitotic index (115±108, p=0.010).

The mechanisms regarding the effect of teduglutide in SBS patients with colon-in-continuity are more speculative. These patients have continuously high endogenous GLP-2 secretion, with normal gastric secretion and emptying. However, the supraphysiological doses of teduglutide may produce local high concentrations that suppress gastric secretion and induce small intestine growth. Small intestine biopsies were not obtained in these patients. In SBS patients with and without colon-in-continuity, an up-regulation of transport proteins is possible as described in animal studies.

Regardless of the exact physiological mechanism, increases in intestinal absorption in relation to treatments that improve intestinal adaptation would preferably be converted into positive effects regarding body weight or composition, hydration, physical activity, and ultimately, quality of life. The latter two points were not examined in either study quoted here. Body weight did not significantly increase following teduglutide treatment (0.9±2.1 kg, p=0.120).

The type and severity of adverse events will be an important issue when considering long-term treatment in SBS patients. In this population, the serious AEs were related to the underlying condition and the AEs were mainly related to the pharmacodynamic effects of teduglutide. The increase in intestinal wet weight absorption may contribute to peripheral edema, which can be treated by reducing parenteral volume.

The pharmacodynamics of teduglutide appear to be intestine-specific and the AEs are limited, therefore teduglutide may have a role in the long-term treatment of SBS patients. The 0.75 L of improved wet weight absorption has significant clinical implications for this SBS patient population (e.g., less PN or fewer days/weeks). Spending less time on parenteral infusions may be valuable for the quality of life in these patients. The non-PN dependent SBS patients may also be candidates for this treatment. Many of these patients suffer from repeated episodes of dehydration, renal insufficiency and kidney stones. Increasing the wet weight absorption in these patients may diminish well-known complications of SBS.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

11                                                          12

TABLE 1

Patient Characteristics

| Patient ID | Dose mg/kg/day | Gender/ Age (years) | Diagnosis | Remnant small intestine (cm) and colon (%) (cm/%) | Baseline Fecal Weight (kg/d) | Baseline Fecal Energy (kJ/d) | Parenteral Fluid (g/day) | Parenteral Energy (kJ/day) | Dietary Compliance, Wet weight (%) | Dietary Compliance, Energy (%) | Group of Patients |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0.03 | F/56 | CD | 130/0 | 1826 | 2197 | 2700 | 0 | 0 | −9 | 1 2    4 |
| 02 | 0.03 | M/56 | Stricture | 120/0 | 1348 | 2162 | 3500 | 712 | 74 | 72 | 1 2 |
| 03 | 0.03 | M/32 | CD | UNK/30 | 852 | 1597 | 1300 | 9440 | −10 | 73 | 1 |
| 04 | 0.10 | M/37 | CD | UNK/0 | 4636 | 6275 | 2000 | 14312 | −31 | 15 | 1 2 |
| 05 | 0.10 | F/58 | MI | 40/0 | 4787 | 5988 | 3167 | 8150 | 5 | −13 | 1 2 |
| 06 | 0.10 | F/58 | CD | 70/0 | 4580 | 5599 | 3500 | 6180 | 3 | 4 | 1 2    4 5 |
| 07 | 0.10 | F/74 | Volvulus | 70/0 | 2787 | 4451 | 2667 | 4500 | −1 | 3 | 1 2    4 5 |
| 08 | 0.10 | F/48 | CD | 150/0 | 1807 | 5972 | 333 | 0 | 5 | 9 | 1 2    4 5 |
| 10 | 0.15 | F/47 | CD | 150/0 | 3683 | 10874 | 1000 | 858 | −2 | −2 | 1 2    4 5 |
| 11 | 0.15 | M/65 | CD | 145/0 | 2237 | 4206 | 3000 | 6750 | −5 | −21 | 1 2 |
| 12 | 0.15 | M/51 | CD | 90/0 | 4887 | 10273 | 1500 | 5629 | −1 | −18 | 1 2      5 |
| 18C | 0.10 | F/63 | MI | 50/50 | 2843 | 8537 | 0 | 0 | −4 | −1 | 1    3 4 |
| 19C | 0.10 | M/27 | CD | 70/75 | 2290 | 6240 | 3167 | 6760 | 2 | −2 | 1    3 4 |
| 20C | 0.10 | F/39 | CD | 145/50 | 1893 | 5163 | 0 | 0 | −5 | −4 | 1    3 4 |
| 21C | 0.10 | F/45 | CD | 110/75 | 1807 | 2865 | 0 | 0 | −1 | 1 | 1    3 4 |
| 22C | 0.10 | M/36 | Injury | 25/50 | 2063 | 4880 | 2220 | 9540 | 4 | −7 | 1    3 4 |

C~Patients with Colon-in-Continuity (all other patients had jejunostomies)
CD~Crohn's disease.
MI~Mesenteric Infarction.
Rec.~Resection of ileum, i.e., >80 Rec.: More than 80 cm of small intestine has been resected.
Dietary Compliance: The Difference between Oral intake of Wet-Weight in percent of Baseline intake.
UNK: unknown

TABLE 2

Wet Weight: Fecal Excretion, Absolute and Relative Absorption

| | Patient Groups | Total Patients (N) | Patients With Beneficial Effect | Baseline Day −3 to 0 Mean ± SD | Effect of Treatment (Treatment minus Baseline) mean ± SD | Effect at Follow up (Follow up minus Baseline) mean ± SD |
|---|---|---|---|---|---|---|
| **Wet Weight** | | | | | | |
| Fecal (g/day) | 2. SBS Patients with End-Jejunostomy | 10 | 8 | 3258 ± 1410 | −682 ± 911* | 278 ± 496 |
| | 3. SBS Patients with ≥50% Colon | 5 | 5 | 2179 ± 415 | −822 ± 341** | −240 ± 426 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 2558 ± 938 | −769 ± 447*** | 93 ± 500 |
| Absorption (g/day) | 2. SBS Patients with End-Jejunostomy | 10 | 9 | 18 ± 1427 | 788 ± 551** | −218 ± 577 |
| | 3. SBS Patients with ≥50% Colon | 5 | 5 | 1613 ± 1503 | 751 ± 328** | 352 ± 525 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 1023 ± 1369 | 746 ± 436*** | 24 ± 576 |
| Absorption (% of intake) | 2. SBS Patients with End-Jejunostomy | 10 | 8 | −7 ± 64 | 20 ± 18** | −9 ± 16 |
| | 3. SBS Patients with ≥50% Colon | 5 | 5 | 31 ± 39 | 26 ± 16* | 17 ± 30 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 22 ± 34 | 23 ± 16** | 0 ± 27 |

Patients: 16 SBS Patients (11 with jejunostomy and 5 with colon in continuity). Patient No. 03 was thought to have had a jejunostomy, but was determined to have 30% colon and was excluded from the analysis.

Effect of treatment: paired t-test; treatment versus baseline.

*$p < 0.05$, **$p < 0.01$, ***$p < 0.001$.

Effect at follow up: paired t-test; follow up versus baseline, all non-significant $p > 0.05$.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

13
14

TABLE 3

Urine Wet Weight

| Patient Groups | | Total Patients (N) | Patients With Beneficial Effect | Baseline Day −3-0 Mean SD | Effect of Treatment (Treatment minus Baseline) mean ± SD | Effect at Follow up (Follow up minus Baseline) mean ± SD |
|---|---|---|---|---|---|---|
| Wet Weight (g/day) | 2. SBS Patients with End-Jejunostomy | 10 | 8 | 1257 ± 339 | 680 ± 535** | 11 ± 287 |
| | 3. SBS Patients with ≥50% Colon | 5 | 5 | 1834 ± 663 | 461 ± 200** | −90 ± 281 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 10 | 1509 ± 595 | 725 ± 394*** | 30 ± 285 |

Patients: 16 SBS Patients (11 with jejunostomy and 5 with colon in continuity). Patient No. 03 was thought to have had a jejunostomy, but was determined to have 30% colon and was excluded from the analysis.
Effect of treatment: paired t-test; treatment versus baseline.
*p < 0.05, **p < 0.01, ***p < 0.001.
Effect at follow up: paired t-test; follow up versus baseline, all non-significant p > 0.05.

TABLE 4

Energy: Fecal Excretion, Absolute and Relative Absorption

| Patient Groups | | Total Patients (N) | Patients With Beneficial Effect | Baseline Day −3-0 Mean ± SD | Effect of Treatment (Treatment minus Baseline) mean ± SD | Effect at Follow up (Follow up minus Baseline) mean ± SD |
|---|---|---|---|---|---|---|
| Energy | | | | | | |
| Fecal (kJ/day) | 2. SBS Patients with End-Jejunostomy | 10 | 8 | 5800 ± 2919 | −532 ± 1703 | 320 ± 1200 |
| | 3. SBS Patients with ≥50% Colon | 5 | 4 | 5536 ± 2074 | −1343 ± 916* | −997 ± 1713 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 8 | 5678 ± 2539 | −1060 ± 1083* | −98 ± 1674 |
| Absorption (kJ/day) | 2. SBS Patients with End-Jejunostomy | 10 | 6 | 5962 ± 3562 | 363 ± 2656 | −800 ± 2958 |
| | 3. SBS Patients with ≥50% Colon | 5 | 5 | 7346 ± 2483 | 1027 ± 798* | 907 ± 1146 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 6449 ± 2099 | 963 ± 1290* | 452 ± 1211 |
| Absorption (% of intake) | 2. SBS Patients with End-Jejunostomy | 10 | 6 | 50 ± 17 | 5 ± 20 | −6 ± 12 |
| | 3. SBS Patients with ≥50% Colon | 5 | 5 | 57 ± 14 | 10 ± 7* | 10 ± 17 |
| | 4. SBS Patients, High Dietary Compliance | 10 | 9 | 54 ± 14 | 8 ± 11* | 3 ± 16 |

Patients: 16 SBS Patients (11 with jejunostomy and 5 with colon in continuity). Patient No. 03 was thought to have had a jejunostomy, but was determined to have 30% colon and was excluded from the analysis.
Effect of treatment: paired t-test; treatment versus baseline.
*p < 0.05, **p < 0.01, ***p < 0.001.
Effect at follow up: paired t-test; follow up versus baseline, all non-significant p > 0.05.

We Claim:

1. A method for enhancing intestinal absorption in a patient with short bowel syndrome with colon-in-continuity with remnant small intestine, wherein the patient retains colon sufficient to produce at least about 10% of endogenous GLP-2 levels produced by a healthy individual in a fed state, comprising the step of administering to said patient a GLP-2 receptor agonist using a dosing regimen effective to enhance intestinal absorption, wherein said GLP-2 receptor agonist is selected from the group consisting of a GLP-2 peptide, a GLP-2 analog, a derivatized GLP-2 peptide or a derivatized GLP-2 analog.

2. The method according to claim 1, wherein said enhancement of intestinal absorption is an increase in at least one of a wet weight absorption compared to a baseline wet weight absorption and/or an energy absorption compared to a baseline energy absorption.

3. The method according to claim 2, wherein said patient has at least 25% colon-in-continuity with remnant small intestine.

4. The method according to claim 3, wherein said patient has at least 50% colon-in-continuity with remnant small intestine.

5. The method according to claim 4, wherein said patient has at least 75% colon-in-continuity with remnant small intestine.

6. The method according to claim 2, wherein said patient has colon sufficient to produce endogenous GLP-2 plasma levels of at least 5pmol/L in the fed state.

7. The method according to claim 6, wherein said patient has colon sufficient to produce endogenous GLP-2 plasma levels of at least 10pmol/L in the fed state.

8. The method according to claim 2, wherein said remnant small intestine has a length of at least 25 cm.

Copy provided by USPTO from the PIRS Image Database on 03/10/2017

US 9,060,992 B2

15

9. The method according to claim 8, wherein said remnant small intestine has a length of at least 50 cm.

10. The method according to claim 2, wherein said dosing regimen comprises daily administration of said GLP-2 receptor agonist.

11. The method according to claim 2, wherein said dosing regimen comprises administration of said GLP-2 receptor agonist over a period of at least 21 days.

12. The method according to claim 2, wherein said GLP-2 receptor agonist is a mammalian GLP-2.

13. The method according to claim 12, wherein said GLP-2 receptor agonist is human GLP-2.

14. The method according to claim 2, wherein said GLP-2 receptor agonist is a GLP-2 analog.

15. The method according to claim 14, wherein said GLP-2 receptor agonist is a human GLP-2 analog.

16. The method according to claim 15, wherein said GLP-2 receptor agonist is [Gly2]hGLP-2.

17. The method according to claim 10, wherein said GLP-2 receptor agonist is administered at a daily dose of from 5 to 500 μg/kg/day.

18. The method according to claim 1, wherein the patient's short bowel syndrome is secondary to at least one of: Crohn's disease, vascular ischemic disease, mesenteric infarction, malrotation, volvulous, trauma, injury, a congenital anomaly, or a stricture.

16

19. The method according to claim 18, wherein the patient's short bowel syndrome is secondary to Crohn's disease.

20. The method according to claim 18, wherein the patient's short bowel syndrome is secondary to a stricture.

21. The method according to claim 18, wherein the patient's short bowel syndrome is secondary to mesenteric infarction.

22. The method according to claim 18, wherein the patient's short bowel syndrome is secondary to volvulous.

23. The method according to claim 20, wherein the patient's short bowel syndrome is secondary to injury.

24. The method according to claim 1, wherein the patient produces at least about 20%, 30%, 40%, or 50% of the endogenous GLP-2 plasma levels produced by a healthy individual in the fed state.

25. The method according to claim 1, wherein the patient produces about 100% of the endogenous GLP-2 plasma levels produced by a healthy individual in the fed state.

26. A method according to claim 1, wherein the patient produces at least about 5, 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65, or 70 pmol/L endogenous GLP-2 plasma levels in the fed state.

*    *    *    *    *

Copy provided by USPTO from the PIRS Image Database on 03/10/2017